FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ DEC 17 2018 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Ricardo Jurado, individually on behalf of himself and all others similarly situated,

         Plaintiff,

-against-

EARTHWHILE ENDEAVORS, INC., incorrectly sued as Earthbath, Inc.

         Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Civil Action No.: 2:18-cv-05619 (JFB) (AKT)

*Filed Electronically*

**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties that the time within which Defendant Earthwhile Endeavors, Inc. may move, answer or otherwise respond to the Complaint is hereby extend up to and including January 25, 2019.

Dated: December 13, 2018

REESE LLP

By: *s/ Michael R. Reese*
    Michael R. Reese
100 West 93rd Street.
16th Flr.
New York, NY 10025
(212) 643-0500
Attorneys for Plaintiff

Dated: December 13, 2018

BACKES & HILL, LLP

By: *s/ Seth J. Lapidow*
    Seth J. Lapidow
200 Park Ave.
Suite 1700
New York, NY 10166
(609) 396-8257
Attorneys for Defendant

SO ORDERED:

_____
Hon. Joseph F. Bianco
United States District Judge

SO ORDERED
/s/ A. Kathleen Tomlinson
A. Kathleen Tomlinson
United States Magistrate Judge
Date: Dec. 17 2018
Central Islip, N.Y.