**BACKES & HILL LLP**
Seth J. Lapidow, Esq.
3131 Princeton Pike
Bldg. 5, Suite 14
Lawrenceville, NJ 08658
Telephone: (609) 396-8257
lapidow@backesandhill.com
*Attorneys for defendant Earthwhile Endeavors, Inc.*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                              :
Ricardo Jurado, individually on               :   Civil Action No.: 2:18-cv-05619
behalf of himself and all others              :
similarly situated,                           :
                    Plaintiff,                 :
                                              :   Certification of Paul Armstrong
          -against-                            :
                                              :
EARTHWHILE ENDEAVORS, INC.,                    :
incorrectly sued as Earthbath, Inc.            :
                                              :
                                              :
                    Defendant.                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
```

I, PAUL ARMSTRONG, of full age, hereby certify as follows:

1.    I am the founder and President of Earthwhile Endeavors Inc. ("Earthwhile")

2.    Earthwhile manufactures various pet care products under the Earthbath name.

3.    Since 1995, Earthwhile has been dedicated to producing high quality, pet

grooming products including various grooming wipes, shampoos, and sprays for dogs and cats

using the finest botanical ingredients.

4.    Earthwhile takes a natural approach to pet care products and uses ingredients that

are derived from natural sources and contain no soaps, parabens, synthetic dyes, sulfates or

phthalates.

5.     Earthwhile takes its obligations to its customers seriously and strives for transparency and consistently reviews its labels in order to make sure they comply with industry standards.

6.     In November of 2015, we changed our labels to remove the "All Natural" notation on some of the products, including the Hypo-Allergenic Grooming Wipes. Our product labels in use between 2015 and 2017 for the 25 products which are the subject to this action are attached hereto as Exhibit A.

7.     After the FTC ruling in 2016 on the use of "100% Natural" and "All Natural" we conducted a thorough review of all our labels and made changes to our labels and marketing materials. That review led to the elimination of the word "totally" in our slogan "totally natural pet care." We revised our slogan to say instead "natural pet care" and made other revisions to our labels to scrub any instances of qualifying words around "natural." At the same time, we also did an intensive review of all catalogs, marketing and point-of-sale materials, as well as our website, and removed all qualifying references around "natural" in those materials as well.

8.     The relabeling was a lengthy process, and new artwork for our products began to be finalized in September of 2017. Our new labels entered the stream of commerce in February of 2018 as we as we simultaneously relabeled existing finished goods by hand in our warehouse and produced and shipped new products with the revised labels. The current labels for the 25 products at issue in this action are attached hereto as Exhibit B.

9.     That relabeling was done in consultation with counsel and was an expensive and arduous enterprise done in good faith in response to the guidance promulgated by the Federal Trade Commission.

I hereby certify under penalty of perjury that the foregoing is true and correct.

Dated: February 5, 2019

_____
Paul Armstrong

# EXHIBIT A





## A Natural Approach

earthbath® Hypo-Allergenic Grooming Wipes safely and easily wipe away dirt and odor between baths. Handily clean pets' dirty paws and undercoat. Remove dander, drool, discharge and cling-ons from playing in the unknown. Mild cleansers deodorize, freshen and clean as the exotic Hawaiian awapuhi conditions the coat and imparts a healthy shine. Aloe vera and vitamin E moisturize both coat and skin. Safe for all animals over 6 weeks old.

- Wipes Away Dirt & Dander
- Neutralizes Odors
- Safe for Daily Use
- Conditions & Shines Coat
- SLS/SLES & Paraben Free
- Green since green was just a color®

## Ingredients

Purified water, aloe vera, hawaiian awapuhi extract, ginseng extract, glycerin, vitamin E, natragem, natural preservatives.

## Instructions for Use

Open lid and remove wipe. Wipe entire pet thoroughly and finish with a hug. Close lid tightly and store in a cool, dry place. Do not flush wipes.

## Guaranteed Satisfaction

If you're not completely satisfied for any reason, please send us your unused product with retail receipt for a full refund.

**earthbath®**
P.O. Box 411050, San Francisco, CA 94141
www.earthbath.com • info@earthbath.com
415.355.1166

 

Precautions: Avoid eye contact. Flush thoroughly with water if eye contact occurs.

"earthbath_EAR Wipes Label_022516_PR"





Center outline
PMS 293

Center background field
PMS 528

Headers
and
Product
Name
PMS 293



### A Natural Approach

earthbath® searched the world for an essence that would get to the root of unpleasant scents and discovered rosemary. Renowned for its fresh, long-lasting scent and skin soothing properties, this fine, natural essence creates a mild deodorizing shampoo that cleans thoroughly and safely. It will leave your best friend's coat soft, plush, and smelling naturally fresh for days. Will not wash off topical flea applications. Safe for all animals over 6 weeks.

### About earthbath®

We design all of earthbath's pet products with the health of your beloved, furry friend in mind. We believe that the only ingredients that touch your pet's coat and skin should be totally natural, non-toxic, and as gentle as possible. earthbath® makes a wide array of environmentally sound pet products. We hope to serve as a model for a new way of doing business which puts principles on par with profits.

### Ingredients

Purified water, renewable plant-derived and coconut-based cleansers, aloe vera, vitamins A, B, D & E, glycerin, rosemary oil, natural preservative.

### Non-Ingredients

Anything that would harm your pet or the environment. This product contains no soap, gluten, DEA, parabens, synthetic dyes or perfumes, SLS/SLES, phthalates, or enzymes and is animal cruelty free. Sudsy runoff is safe and harmless to plants and animals.

### Precautions

Avoid contact with eyes. Product is solely intended for use on coat and skin. Flush thoroughly with clean water if eye contact occurs. Keep out of reach of children. If swallowed (by humans), consult a physician.

## earthbath®
totally natural pet care

## Deodorizing
# SHAMPOO

## Mediterranean Magic
NEUTRALIZES DOGGONE ODORS

100% Biodegradable   16 fl. oz (472 ml)   Animal Cruelty Free

### Instructions for Use

Shake well before using. On a wet coat, lather your pet thoroughly with a few good palm-fulls of earthbath® totally natural pet shampoo. Remember to eliminate all escape routes well in advance (a tip: once your pet is slippery wet, he or she is suddenly smarter and faster than you are). Work lather from head to tail and keep out of eyes. Leave on for at least 90 seconds to allow gentle cleansers and rosemary to work their magic. For extra sheen and manageability, use with earthbath conditioner. May be diluted ten parts water to one part shampoo if desired.

### Guaranteed Satisfaction

Top groomers and veterinary hospitals know and trust the earthbath® line of products because they use them. We're sure you'll be satisfied too! If you're not completely satisfied with your retail purchase for any reason, we'll refund your money. Simply send the unused portion along with purchase receipt and a quick note telling us why (please), and we'll quickly send you a refund. If you like earthbath, please tell your friends (and us). From all of us at earthbath, thank you for your purchase and continued support.

Green since green was just a color®

Shake Well Before Use
Recycle This Bottle




### earthbath

P.O. Box 411050
San Francisco, CA 94141
415.355.1100
e-mail: info@earthbath.com
URL: www.earthbath.com

**A Natural Approach**

earthbath® specially formulated this Fragrance Free Oatmeal & Aloe Shampoo to address the needs of pets with dry, itchy skin that may have skin sensitivity or allergies. Colloidal Oatmeal (3%) & Aloe Vera are recommended by veterinarians to combat skin irritations, promote healing, and re-moisturize sensitive, dry skin. This luxurious shampoo is totally natural, soap free and pH-balanced to clean and deodorize safely and thoroughly, leaving your pet's skin and coat brilliantly clean, soft, plush, and smelling naturally clean. Will not wash off topical flea applications. Safe for all animals over 6 weeks.

**About earthbath®**

We design all of earthbath's pet products with the health of your beloved, furry friend in mind. We believe that the only ingredients that touch your pet's coat and skin should be totally natural, non-toxic, and as gentle as possible. earthbath® makes a wide array of environmentally sound pet products. We hope to serve as a model for a new way of doing business which puts principles on par with profits.

**Ingredients**

Purified water, colloidal oatmeal (3%), renewable plant-derived & coconut-based cleansers, aloe vera, vitamins A, B, D & E, glycerin, allantoin, natural preservative.

**Non-Ingredients**

Anything that would harm your pet or the environment. This product contains no soap, gluten, DEA, parabens, synthetic dyes or perfumes, SLS/SLES, phthalates, or enzymes and is animal cruelty free. Sudsy runoff is safe and harmless to plants and marine life.

**Precautions**

Avoid contact with eyes. Product is solely intended for use on coat and skin. Flush thoroughly with clean water if eye contact occurs. Keep out of reach of children. If swallowed (by humans), consult a physician.



**NEW PRODUCT!**

# earthbath®
## totally natural pet care

# Oatmeal & Aloe
# SHAMPOO



**Fragrance Free**

RELIEVES ITCHING & DRY SKIN

100% Biodegradable   16 fl. oz (472 ml)   Animal Cruelty Free

**Instructions for Use**

Shake well before using. On a wet coat, lather your pet thoroughly with a few good palm-fulls of earthbath® Totally Natural Pet Shampoo. Remember to eliminate all escape routes well in advance (a tip: once your pet is slippery wet, he or she is suddenly smarter and faster than you are). Work lather from head to tail, paying special attention to irritated areas. Keep out of eyes. Leave on for at least 90 seconds to allow oatmeal and aloe vera to work their magic. May be diluted ten parts water to one part shampoo if desired.

**Guaranteed Satisfaction**

Top groomers and veterinary hospitals know and trust the earthbath® line of products because they use them. We're sure you'll be satisfied too! If you're not completely satisfied with your retail purchase for any reason, we'll refund your money. Simply send the unused portion along with purchase receipt and a quick note telling us why (please), and we'll quickly send you a refund. If you like earthbath®, please tell your friends (and us). From all of us at earthbath®, thank you for your purchase and continued support.

**Green** since green was just a color®

**Shake Well Before Use**
**Recycle This Bottle**

 

earthbath®
P.O. Box 411050
San Francisco, CA 94141
415.355.1166
email: info@earthbath.com
URL: www.earthbath.com



Rev 201602

## A Natural Approach

earthbath® proudly formulated this shine enhancing Fragrance Free Oatmeal & Aloe Conditioner to effectively detangle, enrich and revive your pet's coat. The addition of 3% Colloidal Oatmeal and Aloe Vera help re-moisturize and soothe itchy, dry skin. This fragrance free formula is specially blended for pets with sensitive skin and allergies. It will leave their coats soft and plush while bringing out their natural luster and brilliance. Used in conjunction with earthbath® shampoo, your pet's coat will look and feel better than ever before. Will not wash off topical flea applications. Safe for all animals over 6 weeks.

## About earthbath®

We design all of earthbath's pet products with the health of your beloved, furry friend in mind. We believe that the only ingredients that touch your pet's coat and skin should be totally natural, non-toxic, and as gentle as possible. earthbath® makes a wide array of environmentally sound pet products. We hope to serve as a model for a new way of doing business which puts principles on par with profits.

## Ingredients

Purified water, vegetable-derived conditioner & detangler, colloidal oatmeal (3%), aloe vera, organic shea butter, cetearyl alcohol, wheat germ oil & amino acids, natural preservative.

## Non-Ingredients

Anything that would harm your pet or the environment. This product contains no soap, DEA, parabens, synthetic dyes or perfumes, SLS/SLES, phthalates, or enzymes and is animal cruelty free. Sudsy runoff is safe and harmless to plants and animals.

## Precautions

Avoid contact with eyes. Product is solely intended for use on coat and skin. Flush thoroughly with clean water if eye contact occurs. Keep out of reach of children. If swallowed (by humans), consult a physician.



**earthbath®**
totally natural pet care

# Oatmeal & Aloe CONDITIONER



 FLEA TREATMENT COMPATIBLE

## Fragrance Free

DETANGLES & RELIEVES ITCHING

100% Biodegradable   16 fl. oz (472 ml)   Animal Cruelty Free

**NEW PRODUCT!**

## Instructions for Use

Shampoo your best furry friend with your favorite earthbath® Totally Natural Pet Shampoo and rinse thoroughly. On a clean and wet coat, apply Conditioner liberally and massage deeply into coat (& skin if possible). The amount you need will vary by the size of your pet and the conditioning he or she requires. Leave on for a minute or two to allow the conditioners & emollients to permeate coat and for the oatmeal to help remoisturize the skin. Rinse completely with clean warm water. Towel dry with a big hug. May be diluted ten parts water to one part Conditioner if desired.

## Guaranteed Satisfaction

Top groomers and veterinary hospitals know and trust the earthbath® line of products because they use them. We're sure you'll be satisfied too! If you're not completely satisfied with your retail purchase for any reason, we'll refund your money. Simply send the unused portion along with purchase receipt and a quick note telling us why (please), and we'll quickly send you a refund. If you like earthbath®, please tell your friends (and us). From all of us at earthbath®, thank you for your purchase and continued support.

*Green since green was just a color®*

**Shake Well Before Use**
**Recycle This Bottle**

 2 HDPE      made in USA   Rev. 201602

**earthbath®**
P.O. Box 411050
San Francisco, CA 94141
415.355.1166
e-mail: info@earthbath.com
URL: www.earthbath.com



**"PintLabel_CatShampoo_FragFree_031616_PR"**

DESIGN /COPY APPROVAL DATE: _____

APPROVAL SIGNATURE: _____

### A Natural Approach

earthbath® formulated this fragrance free, hypo-allergenic shampoo especially for our finest furred feline friend who may have sensitive skin, allergies, or live in a multi-cat household (fragrance free makes for peace). This ultra-mild shampoo is pH-balanced to be exceptionally gentle for even the most sensitive of cats (and we know that's saying a lot). Natural conditioners and aloe vera soften the coat, re-moisturize skin, and add manageability, brilliance and shine. Safe for all animals over 6 weeks old. Will not wash off topical flea applications.

### About earthbath®

We design all of earthbath's pet products with the health of your beloved, furry friend in mind. We believe that the only ingredients that touch your pet's coat and skin should be totally natural, non-toxic, and as gentle as possible. earthbath® makes a wide array of environmentally sound pet products. We hope to serve as a model for a new way of doing business which puts principles on par with profits.

### Ingredients

Purified water, renewable plant-derived & coconut-based cleansers, aloe vera, vitamins A, B, D & E, glycerin, natural preservative.

### Non-Ingredients

Anything that would harm your pet or the environment. This product contains no soap, gluten, DEA, parabens, synthetic dyes or perfumes, SLS/SLES, phthalates, or enzymes and is animal cruelty free. Sudsy runoff is safe and harmless to plants and animals.

### Precautions

Avoid contact with eyes. Product is solely intended for use on coat and skin. Flush thoroughly with clean water if eye contact occurs. Keep out of reach of children. If swallowed (by humans), consult a physician.



## earthbath®
### totally natural pet care

## Hypo-Allergenic
## CAT SHAMPOO




FLEA TREATMENT COMPATIBLE

### Fragrance Free
FOR SENSITIVE SKIN/ALLERGY

100% Biodegradable   16 fl. oz (472 ml)   Animal Cruelty Free

### Instructions for Use

Shake well before using. On a wet coat, lather your cat thoroughly with a few good palm-fulls of earthbath Totally Natural Cat Shampoo. Remember to eliminate all escape routes well in advance (a tip: once your cat is slippery wet, he or she is suddenly smarter and faster than you are). Work lather from head to tail, keeping out of eyes. Leave on for at least 90 seconds to allow the gentle cleansers and aloe vera to work their magic. May be diluted ten parts water to one part shampoo if desired.

### Guaranteed Satisfaction

Top groomers and veterinary hospitals know and trust the earthbath® line of products because they use them. We're sure you'll be satisfied too! If you're not completely satisfied with your retail purchase for any reason, we'll refund your money. Simply send the unused portion along with purchase receipt and a quick note telling us why (please), and we'll quickly send you a refund. If you like earthbath®, please tell your friends (and us). From all of us at earthbath®, thank you for your purchase and continued support.

Green since green was just a color®

Shake Well Before Use
Recycle This Bottle

 
HDPE   made in USA   Rev 201603



**earthbath®**
P.O. Box 411050
San Francisco, CA 94141
415.355.1166
e-mail: info@earthbath.com
URL: www.earthbath.com

0 24744 02122 0

"PintLabel_OatAloe_Shamp_032116_PR"

DESIGN /COPY APPROVAL DATE: _____

APPROVAL SIGNATURE: _____

## A Natural Approach
earthbath® specially formulated this Oatmeal & Aloe itch relief shampoo with natural extracts of food grade vanilla and almond to address the needs of pets with dry, itchy skin. Colloidal Oatmeal (3%) and Aloe Vera combat skin irritation, promote healing, and re-moisturize sensitive, dry skin. This luxurious shampoo is all natural, soap free and pH-balanced to clean and deodorize safely and thoroughly, leaving your pet's coat and skin brilliantly clean, soft, plush and smelling better than ever before. Will not wash off topical flea applications. Safe for all animals over 6 weeks.

## About earthbath®
We design all of earthbath's pet products with the health of your beloved, furry friend in mind. We believe that the only ingredients that touch your pet's coat and skin should be totally natural, non-toxic, and as gentle as possible. earthbath® makes a wide array of environmentally sound pet products. We hope to serve as a model for a new way of doing business which puts principles on par with profits.

## Ingredients
Purified water, colloidal oatmeal (3%), renewable plant-derived & coconut-based cleansers, aloe vera, vitamins A, B, D & E, glycerin, allantoin, food-grade extracts of vanilla & almond, natural preservative.

## Non-Ingredients
Anything that would harm your pet or the environment. This product contains no soap, gluten, DEA, parabens, synthetic dyes or perfumes, SLS/SLES, phthalates, or enzymes and is animal cruelty free. Sudsy runoff is safe and harmless to plants and animals.

## Precautions
Avoid contact with eyes. Product is solely intended for use on coat and skin. Flush thoroughly with clean water if eye contact occurs. Keep out of reach of children. If swallowed (by humans), consult a physician.



**earthbath®**
totally natural pet care

## Oatmeal & Aloe
## SHAMPOO



FLEA TREATMENT COMPATIBLE

## Vanilla & Almond
RELIEVES ITCHING & DRY SKIN

100% Biodegradable  16 fl. oz (472 ml)  Animal Cruelty Free

## Instructions for Use
Shake well before using. On a wet coat, lather your pet thoroughly with a few good palm-fulls of earthbath® Totally Natural Pet Shampoo. Remember to eliminate all escape routes well in advance (a tip: once your pet is slippery wet, he or she is suddenly smarter and faster than you are). Work lather from head to tail, paying special attention to irritated areas. Keep out of eyes. Leave on for at least 90 seconds to allow oatmeal and aloe vera to work their magic. May be diluted ten parts water to one part shampoo if desired.

## Guaranteed Satisfaction
Top groomers and veterinary hospitals know and trust the earthbath® line of products because they use them. We're sure you'll be satisfied too! If you're not completely satisfied with your retail purchase for any reason, we'll refund your money. Simply send the unused portion along with purchase receipt and a quick note telling us why (please), and we'll quickly send you a refund. If you like earthbath, please tell your friends (and us). From all of us at earthbath, thank you for your purchase and continued support.

Green since green was just a color®

Shake Well Before Use
Recycle This Bottle



HDPE  made in USA

**earthbath®**
P.O. Box 411050
San Francisco, CA 94141
415.355.1166
e-mail: info@earthbath.com
URL: www.earthbath.com

Rev. 201603

6 02644 02111 5

Center outline
PMS 293

Center background field
Gradient Blend:
as CMYK specified
(or Yellow 012 to Red 032)

Headers
and
Product
Name
PMS 293

## A Natural Approach

earthbath® Mango Tango 2-in-1 Conditioning Shampoo is a totally natural shampoo and conditioner in one that is highly effective, heavenly scented, and biodegradable. Pets' coats and skin will look and smell better than ever before, naturally. The luscious essence of tropical mangoes combined with an exceptionally mild shampoo adds brilliance and shine while the extra gentle conditioner softens and detangles, leaving coats wonderfully clean, soft & plush. Will not wash off topical flea applications. Safe for all animals over 6 weeks.

## About earthbath®

We design all of earthbath's pet products with the health of your beloved, furry friend in mind. We believe that the only ingredients that touch your pet's coat and skin should be totally natural, non-toxic, and as gentle as possible. earthbath® makes a wide array of environmentally sound pet products. We hope to serve as a model for a new way of doing business which puts principles on par with profits.

## Ingredients

Purified water, renewable plant-derived and coconut-based cleansers, gentle conditioner & detangler, aloe vera, vitamins A, B, D & E, glycerin, mango essence, natural preservative.

## Non-Ingredients

Anything that would harm your pet or the environment. This product contains no soap, gluten, DEA, parabens, synthetic dyes or perfumes, SLS/SLES, phthalates, or enzymes and is animal cruelty free. Sudsy runoff is safe and harmless to plants and animals.

## Precautions

Avoid contact with eyes. Product is solely intended for use on coat and skin. Flush thoroughly with clean water if eye contact occurs. Keep out of reach of children. If swallowed (by humans), consult a physician.



**earthbath®**
totally natural pet care

**2-in-1 Conditioning**
**SHAMPOO**

**Mango Tango®**
CONDITIONS & DETANGLES

100% Biodegradable   16 fl. oz (472 ml)   Animal Cruelty Free



FLEA TREATMENT COMPATIBLE

## Instructions for Use

Shake well before using. On a wet coat, lather your pet thoroughly with a few good palm-fulls of earthbath® totally natural pet shampoo. Remember to eliminate all escape routes well in advance (a tip: once your pet is slippery wet, he or she is suddenly smarter and faster than you are). Work lather from head to tail, paying special attention to irritated areas. Keep out of eyes. Leave on for at least 90 seconds to allow gentle cleansers and conditioning agent to work their magic. May be diluted ten parts water to one part shampoo if desired.

## Guaranteed Satisfaction

Top groomers and veterinary hospitals know and trust the earthbath® line of products because they use them. We're sure you'll be satisfied too! If you're not completely satisfied with your retail purchase for any reason, we'll refund your money. Simply send the unused portion along with purchase receipt and a quick note telling us why (please), and we'll quickly send you a refund. If you like earthbath, please tell your friends (and us). From all of us at earthbath, thank you for your purchase and continued support.

Green since green was just a color®

Shake Well Before Use
Recycle This Bottle

HDPE   made in USA

**earthbath**
P.O. Box 41096
San Francisco, CA 94141
415.355.1166
e-mail: info@earthbath.com
URL: www.earthbath.com

0  2644  02109  6   Rev 20150312

0 2644 02109 6

Center outline
PMS 293

Center background field
PMS Yellow

Headers
and
Product
Name
PMS 293

## A Natural Approach

Some of our beloved furry friends have skin allergies and sensitivities that can make it difficult to get clean and simultaneously remain happy. (Puppies & kittens, older pets, certain breeds and allergy prone animals often benefit from a hypo-allergenic formulation). earthbath® solved this dilemma by blending the finest natural ingredients into this ultra mild, hypo-allergenic, tearless shampoo.* Pet vets' orders it is intentionally free of any fragrance or coloration. Will not wash off topical flea applications. Safe for all animals over 6 weeks.

## About earthbath®

We design all of earthbath's pet products with the health of your beloved, furry friend in mind. We believe that the only ingredients that touch your pet's coat and skin should be totally natural, non-toxic, and as gentle as possible. earthbath® makes a wide array of environmentally sound pet products. We hope to serve as a model for a new way of doing business which puts principles on par with profits.

## Ingredients

Purified water, renewable plant-derived and coconut-based cleansers, aloe vera, vitamins A, B, D & E, glycerin, natural preservative.

## Non-Ingredients

Anything that would harm your pet or the environment. This product contains no soap, gluten, DEA, parabens, synthetic dyes or perfumes, SLS/SLES, phthalates, or enzymes and is animal cruelty free. Sudsy runoff is safe and harmless to plants and animals.

## Precautions

Avoid eye contact. *Even tearless shampoo is solely intended to cleanse coat and skin. Immediately and thoroughly flush with clean water if eye contact occurs. Keep out of reach of children. If swallowed (by humans), consult a physician.



# earthbath®
## totally natural pet care
# HYPO-ALLERGENIC
# SHAMPOO

## Fragrance Free
### FOR SENSITIVE SKIN/ALLERGY

100% Biodegradable    16 fl. oz. (472 ml)    Animal Cruelty Free

## Instructions for Use

Shake well before using. On a wet coat, lather your pet thoroughly with a few good palm-fulls of earthbath totally natural pet shampoo. Remember to eliminate all escape routes in advance (a tip: once your pet is slippery wet, he or she is suddenly smarter and faster than you are). Work lather from head to tail and keep out of eyes. Leave on for at least 90 seconds to allow the gentle cleansers and aloe vera to work their magic. For extra sheen and manageability, use with earthbath conditioner. May be diluted ten parts water to one part shampoo if desired.

## Guaranteed Satisfaction

Top groomers and veterinary hospitals know and trust the earthbath® line of products because they use them. We're sure you'll be satisfied too! If you're not completely satisfied with your retail purchase for any reason, we'll refund your money. Simply send the unused portion along with purchase receipt and a quick note telling us why (please), and we'll quickly send you a refund. If you like earthbath, please tell your friends (and us). From all of us at earthbath, thank you for your purchase and continued support.

Green since green was just a color®

Shake Well Before Use
Recycle This Bottle





earthbath
P.O. Box 41150
San Francisco, CA 94141
415.355.1166
email: info@earthbath.com
URL: www.earthbath.com

Center outline
PMS 293

Center background field
PMS 264

Headers
and
Product
Name
PMS 293

### A Natural Approach

earthbath® Coat Brightening Shampoo adds extra sparkle and brilliance to coats of all colors. We blended a special selection of natural minerals with the essence of lavender for a wonderfully aromatic and mild shampoo that naturally brightens coats. This shampoo will leave your best friend's coat shiny, soft, plush, and smelling naturally fresh. Will not wash off topical flea applications. Safe for all animals over 6 weeks old.

### About earthbath®

We design all of earthbath's pet products with the health of your beloved, furry friend in mind. We believe that the only ingredients that touch your pet's coat and skin should be totally natural, non-toxic, and as gentle as possible. earthbath® makes a wide array of environmentally sound pet products. We hope to serve as a model for a new way of doing business which puts principles on par with profits.

### Ingredients

Purified water, renewable plant-derived & coconut-based cleaners, aloe vera, vitamins A, B, D, E, glycerin, optical brighteners, lavender oil, natural preservative.

### Non-Ingredients

Anything that would harm your pet or the environment. This product contains no soap, gluten, DEA, parabens, synthetic dyes or perfumes, SLS/SLES, phthalates, or enzymes and is animal cruelty free. Sudsy runoff is safe and harmless to plants and animals.

### Precautions

Avoid contact with eyes. Product is solely intended for use on coat and skin. Flush thoroughly with clean water if eye contact occurs. Keep out of reach of children. If swallowed (by humans), consult a physician.



**earthbath**®
totally natural pet care

## Coat Brightening
# SHAMPOO

**Lavender**
ENHANCES COLOR & SHINE IN ALL COATS

100% Biodegradable  16 fl. oz (472 ml)  Animal Cruelty Free

### Instructions for Use

Shake well before using. On a wet coat, lather your pet thoroughly with a few good palm-fulls of earthbath® totally natural pet shampoo. Remember to eliminate all escape routes well in advance (a tip: once your pet is slippery wet, he or she is suddenly smarter and faster than you are). Work lather from head to tail and keep out of eyes. For extra sheen and manageability, use with earthbath conditioner. May be diluted ten parts water to one part shampoo if desired.

### Guaranteed Satisfaction

Top groomers and veterinary hospitals know and trust the earthbath® line of products because they use them. We're sure you'll be satisfied too! If you're not completely satisfied with your retail purchase for any reason, we'll refund your money. Simply send the unused portion along with purchase receipt and a quick note telling us why (please), and we'll quickly send you a refund. If you like earthbath, please tell your friends (and us). From all of us at earthbath, thank you for your purchase and continued support.

Green since green was just a color®



Shake Well Before Use
Recycle This Bottle



**earthbath**
P.O. Box 411050
San Francisco, CA 94141
415.355.1166
e-mail: info@earthbath.com
URL: www.earthbath.com

0 2 6 4 6 4 0 2 0 3 4 6

"PintLabel_CatShampoo_LtWildCherry_031616_PR"

**DESIGN /COPY APPROVAL DATE:** _____

**APPROVAL SIGNATURE:** _____

## A Natural Approach

earthbath® specially formulated this extra gentle 2-in-1 conditioning shampoo for our finest furred feline friends. pH-balanced for mildness, this luxurious shampoo contains the finest blend of natural cleansers, supple conditioners, and aloe vera. Natural conditioners and aloe vera soften the coat, re-moisturize the skin, and add manageability, brilliance and shine. Our ultra-mild coconut-based cleaners and the subtle scent of wild cherries will leave her smelling fresh and deliciously clean. Will not wash off topical flea applications. Safe for all animals over 6 weeks old. To encourage peaceful co-existence in multi-cat households, use our Fragrance Free Hypo-Allergenic Cat Shampoo.

## About earthbath®

We design all of earthbath's pet products with the health of your beloved, furry friend in mind. We believe that the only ingredients that touch your pet's coat and skin should be really natural, non-toxic, and as gentle as possible. earthbath® makes a wide array of environmentally sound pet products. We hope to serve as a model for a new way of doing business which puts principles on par with profits.

## Ingredients

Purified water, renewable plant-derived and coconut-based cleansers, gentle conditioner & detangler, aloe vera, vitamins A, B, D & E, glycerin, wild cherry essence, natural preservative.

## Non-Ingredients

Anything that would harm your pet or the environment. This product contains no soap, gluten, DEA, parabens, synthetic dyes or perfumes, SLS/SLES, phthalates, or enzymes and is animal cruelty free. Sudsy runoff is safe and harmless to plants and animals.

## Precautions

Avoid contact with eyes. Product is solely intended for use on coat and skin. Flush thoroughly with clean water if eye contact occurs. Keep out of reach of children. If swallowed (by humans), consult a physician.



### 🌿earthbath®
totally natural pet care

## 2-in-1 Conditioning
## CAT SHAMPOO

**FLEA TREATMENT COMPATIBLE**

**Light Wild Cherry**
EXTRA GENTLE CONDITIONING FORMULA

100% Biodegradable  16 fl. oz (472 ml)  Animal Cruelty Free

## Instructions for Use

Shake well before using. On a wet coat, lather your cat thoroughly with a few good palm-fulls of earthbath Totally Natural Cat Shampoo. Remember to eliminate all escape routes well in advance (a tip: once your cat is slippery wet, he or she is suddenly smarter and faster than you are). Work lather from head to tail, keeping out of eyes. Leave on for at least 90 seconds to allow the gentle conditioners and aloe vera to work their magic. May be diluted ten parts water to one part shampoo if desired.

## Guaranteed Satisfaction

Top groomers and veterinary hospitals know and trust the earthbath® line of products because they use them. We're sure you'll be satisfied too! If you're not completely satisfied with your retail purchase for any reason, we'll refund your money. Simply send the unused portion along with purchase receipt and a quick note telling us why (please), and we'll quickly send you a refund. If you like earthbath®, please tell your friends (and us). From all of us at earthbath®, thank you for your purchase and continued support.

**Green** since green was just a color®

Shake Well Before Use
Recycle This Bottle

 

HDPE   made in USA   Rev 201603

**earthbath**
P.O. Box 411050
San Francisco, CA 94141
415.355.1166
e-mail: info@earthbath.com
URL: www.earthbath.com

6  02644 02121  4

Center outline
PMS 293

Center background field
PMS 218

Headers
and
Product
Name
PMS 293

## A Natural Approach

Precious puppies deserve tender loving care, so earthbath® crafted this ultra-mild shampoo just for your frisky young pup. Naturally tearless* and pH-balanced for puppies' sensitive skin, this luxurious shampoo contains only nature's finest blend of natural cleansers, aloe vera and a dash of baby-fresh, cherry essence. This shampoo will create a brilliant, show quality shine, rinse thoroughly and leave your pup smelling and feeling better than ever before. Will not wash off topical flea applications. Safe for all animals over 6 weeks.

## About earthbath®

We design all of earthbath's pet products with the health of your beloved, furry friend in mind. We believe that the only ingredients that touch your pet's coat and skin should be totally natural, non-toxic, and as gentle as possible. earthbath® makes a wide array of environmentally sound pet products. We hope to serve as a model for a new way of doing business which puts principles on par with profits.

## Ingredients

Purified water, renewable plant-derived and coconut-based cleansers, gentle conditioner & detangler, aloe vera, vitamins A, B, D & E, glycerin, wild cherry essence, natural preservative.

## Non-Ingredients

Anything that would harm your pet or the environment. This product contains no soap, gluten, DEA, parabens, synthetic dyes or perfumes, SLS/SLES, phthalates, or enzymes and is animal cruelty free. Sudsy runoff is safe and harmless to plants and animals.

## Precautions

Avoid eye contact. *Even tearless shampoo is solely intended to cleanse coat and skin. Immediately and thoroughly flush with clean water if eye contact occurs. Keep out of reach of children. If swallowed (by humans), consult a physician.



**earthbath®**
totally natural pet care

# Ultra-Mild
# PUPPY SHAMPOO

**Wild Cherry**

TEARLESS & EXTRA GENTLE

100% Biodegradable  16 fl. oz (472 ml)  Animal Cruelty Free

FLEA TREATMENT COMPATIBLE

## Instructions for Use

Shake well before using. On a wet coat, lather your puppy thoroughly with earthbath® totally natural shampoo. Remember to eliminate all escape routes well in advance (a tip: once your puppy is slippery wet, he or she is suddenly smarter and faster than you are). Work lather from head to tail, being careful to keep out of eyes. Leave on for at least 90 seconds to allow gentle cleansers and detangler to work their magic. May be diluted ten parts water to one part shampoo if desired.

## Guaranteed Satisfaction

Top groomers and veterinary hospitals know and trust the earthbath® line of products because they use them. We're sure you'll be satisfied too! If you're not completely satisfied with your retail purchase for any reason, we'll refund your money. Simply send the unused portion along with purchase receipt and a quick note telling us why (please), and we'll quickly send you a refund. If you like earthbath, please tell your friends (and us). From all of us at earthbath, thank you for your purchase and continued support.

Green since green was just a color®

Shake Well Before Use
Recycle This Bottle




**earthbath®**
P.O. Box 411050
San Francisco, CA 94141
415.455.1166
e-mail: info@earthbath.com
URL: www.earthbath.com

0 82464 02131 6

HDPE  Made in USA  Rev 2019/09

Center outline
PMS 293

Center background field
PMS 130

Headers
and
Product
Name
PMS 293



## A Natural Approach
This gentle shampoo contains orange oil, which has long been recognized as an effective deodorizer, degreaser, and fur stain remover. In addition to thoroughly cleaning your "dirty dog," this shampoo will bring out the sheen and natural highlights in their coat. Orange oil is also known to calm and relieve common skin and itching problems associated with flea bites. Will not wash off topical flea applications. Safe for all animals over 6 weeks.

## About earthbath®
We design all of earthbath's pet products with the health of your beloved, furry friend in mind. We believe that the only ingredients that touch your pet's coat and skin should be totally natural, non-toxic, and as gentle as possible. earthbath® makes a wide array of environmentally sound pet products. We hope to serve as a model for a new way of doing business which puts principles on par with profits.

## Ingredients
Purified water, renewable plant-derived and coconut-based cleansers, aloe vera, vitamins A, B, D & E, glycerin, orange oil, natural preservative.

## Non-Ingredients
Anything that would harm your pet or the environment. This product contains no soap, gluten, DEA, parabens, synthetic dyes or perfumes, SLS/SLES, phthalates, or enzymes and is animal cruelty free. Sudsy runoff is safe and harmless to plants and animals.

## Precautions
DO NOT USE ON CATS (SOME MAY BE ALLERGIC). Avoid eye contact. Immediately and thoroughly flush with clean water if eye contact occurs. Shampoo is solely intended to cleanse coat and skin. Keep out of reach of children. If swallowed (by humans), consult a physician.

**earthbath**
totally natural pet care

# Dirty Dog
# SHAMPOO

**Sweet Orange Oil**
DEGREASES & REMOVES STAINS

100% Biodegradable · 16 fl. oz (472 ml) · Animal Cruelty Free

## Instructions for Use
Shake well before using. On a wet coat, lather your pet thoroughly with a few good palm-fulls of earthbath® totally natural pet shampoo. Remember to eliminate all escape routes well in advance (a tip: once your pet is slippery wet, he or she is suddenly smarter and faster than you are). Work lather from head to tail and keep out of eyes. Leave on for at least 90 seconds to allow gentle cleansers and orange oil to work their magic. For extra sheen and manageability, use with earthbath conditioner. May be diluted ten parts water to one part shampoo if desired.

## Guaranteed Satisfaction
Top groomers and veterinary hospitals know and trust the earthbath® line of products because they use them. We're sure you'll be satisfied too! If you're not completely satisfied with your retail purchase for any reason, we'll refund your money. Simply send the unused portion along with purchase receipt and a quick note telling us why (please), and we'll quickly send you a refund. If you like earthbath, please tell your friends (and us). From all of us at earthbath, thank you for your purchase and continued support.

Green since green was just a color®

Shake Well Before Use
Recycle This Bottle

  

HDPE   made in USA   Rev 2010010

**earthbath**
P.O. Box 411050
San Francisco, CA 94141
415.355.1660
e-mail: info@earthbath.com
URL: www.earthbath.com

0 2644 02027 7

**"PintLabel_ShedControl_Shampoo_031616_PR"**

DESIGN /COPY APPROVAL DATE: _____

APPROVAL SIGNATURE: _____

### A Natural Approach

earthbath® blended the finest antioxidants and skin moisturizers found in nature to create this Shed Control Shampoo. This potent formula contains organic fair trade shea butter, green tea leaf extract, ginseng, omega-6 fatty acids, awapuhi and other natural humectants & emollients to nourish & detoxify skin and rejuvenate coats while controlling excessive shedding, dander and associated allergens. Naturally, this pH-balanced soap-free shampoo will thoroughly clean & deodorize, leaving your pet brilliantly soft and heavenly scented. Safe for all animals over 6 weeks.

### About earthbath®

We design all of earthbath's pet products with the health of your beloved, furry friend in mind. We believe that the only ingredients that touch your pet's coat and skin should be totally natural, non-toxic, and as gentle as possible. earthbath® makes a wide array of environmentally sound pet products. We hope to serve as a model for a new way of doing business which puts principles on par with profits.

### Ingredients

Purified water, renewable plant-derived & coconut-based cleansers, organic shea butter, omega-6 fatty acids, green tea leaf extract, aloe vera, panthenol, D-biotin, phytic acid, glycerin, allantoin, extracts of ginseng & awapuhi, natural preservative.

### Non-Ingredients

Anything that would harm your pet or the environment. This product contains no soap, gluten, DEA, parabens, synthetic dyes or perfumes, SLS/SLES, phthalates, or enzymes and is animal cruelty free. Sudsy runoff is safe and harmless to plants and animals.

### Precautions

Avoid contact with eyes. Product is solely intended for use on coat and skin. Flush thoroughly with clean water if eye contact occurs. Keep out of reach of children. If swallowed (by humans), consult a physician.



**earthbath®**
totally natural pet care

**SHED CONTROL SHAMPOO**

**Green Tea & Awapuhi**
with Organic Fair Trade Shea Butter

RELIEVES SHEDDING & DANDER

100% Biodegradable   16 fl. oz (472 ml)   Animal Cruelty Free

FAIR TRADE Shea Butter

### Instructions for Use

Shake well before using. On a wet coat, lather your pet thoroughly with a few good palm-fulls of earthbath® Totally Natural Pet Shampoo. Work lather from head to tail, being careful to keep out of eyes. Leave on for at least 90 seconds to allow shea butter, green tea leaf extract, and awapuhi to work their magic. May be diluted ten parts water to one part shampoo if desired. For best results use in conjunction with earthbath Shed Control Conditioner. Brush coat thoroughly before and after bathing to release loose fur and dander.

### Guaranteed Satisfaction

Top groomers and veterinary hospitals know and trust the earthbath® line of products because they use them. We're sure you'll be satisfied too! If you're not completely satisfied with your retail purchase for any reason, we'll refund your money. Simply send the unused portion along with purchase receipt and a quick note telling us why (please), and we'll quickly send you a refund. If you like earthbath®, please tell your friends & us. From all of us at earthbath®, thank you for your purchase and continued support.

Green since green was just a color®

**Shake Well Before Use. Recycle This Bottle.**







**earthbath®**
P.O. Box 411050
San Francisco, CA 94141
415.355.1166
e-mail: info@earthbath.com
URL: www.earthbath.com

Center outline
PMS 293

Center background field
PMS 351

Headers
and
Product
Name
PMS 293



### A Natural Approach

Tea tree oil has long been recognized as an effective and beneficial remedy for skin irritations, insect bites and itching. Aloe vera is widely known as one of nature's finest soothing emollients and comes from plants found in American deserts. These pure, natural ingredients soothe and relieve hot spots and itchy, dry or chafed skin caused by flea bites, dandruff or other dermatitis. This mild shampoo will leave pets' coat soft, plush & shiny. Will not wash off topical flea applications. Safe for all animals over 6 weeks.

### About earthbath®

We design all of earthbath's pet products with the health of your beloved, furry friend in mind. We believe that the only ingredients that touch your pet's coat and skin should be totally natural, non-toxic, and as gentle as possible. earthbath® makes a wide array of environmentally sound pet products. We hope to serve as a model for a new way of doing business which puts principles on par with profits.

### Ingredients

Purified water, renewable plant-derived & coconut-based cleaners, aloe vera, vitamins A, B, D, E, glycerin, melaleuca (tea tree) oil, natural preservative.

### Non-Ingredients

Anything that would harm your pet or the environment. This product contains no soap, gluten, DEA, parabens, synthetic dyes or perfumes, SLS/SLES, phthalates, or enzymes and is animal cruelty free. Sudsy runoff is safe and harmless to plants and animals.

### Precautions

Avoid contact with eyes. Product is solely intended for use on coat and skin. Flush thoroughly with clean water if eye contact occurs. Keep out of reach of children. If swallowed (by humans), consult a physician.

### earthbath®
totally natural pet care

## Hot Spot Relief
## SHAMPOO

## Tea Tree Oil & Aloe Vera

SOOTHING ITCH RELIEF
FOR HOT SPOTS & SKIN CONDITIONS

100% Biodegradable   16 fl. oz (472 ml)   Animal Cruelty Free

### Instructions for Use

Shake well before using. On a wet coat, lather your pet thoroughly with a few good palm-fulls of earthbath® totally natural pet shampoo. Remember to eliminate all escape routes well in advance (a tip: once your pet is slippery wet, he or she is suddenly smarter and faster than you are). Work lather from head to tail, paying special attention to irritated areas. Keep out of eyes. Leave on for at least 90 seconds to allow tea tree oil and aloe vera to work their magic. For extra sheen and manageability, use with earthbath conditioner. May be diluted ten parts water to one part shampoo if desired.

### Guaranteed Satisfaction

Top groomers and veterinary hospitals know and trust the earthbath® line of products because they use them. We're sure you'll be satisfied too! If you're not completely satisfied with your retail purchase for any reason, we'll refund your money. Simply send the unused portion along with purchase receipt and a quick note telling us why (please), and we'll quickly send you a refund. If you like earthbath, please tell your friends (and us). From all of us at earthbath, thank you for your purchase and continued support.

Green since green was just a color®

Shake Well Before Use
Recycle This Bottle

made in USA

### earthbath®

P.O. Box 411050
San Francisco, CA 94141
415.595.1166
e-mail: info@earthbath.com
URL: www.earthbath.com





"PintLabel_OatAloe_Cond_032116_PR"

DESIGN /COPY APPROVAL DATE: _____

APPROVAL SIGNATURE: _____



### A Natural Approach

earthbath® proudly formulated this shine enhancing Oatmeal & Aloe Conditioner with food grade extracts of Vanilla & Almond to effectively detangle, enrich, and revive your pet's coat. The addition of 3% Colloidal Oatmeal and Aloe Vera help re-moisturize and soothe skin, too. Our sumptuous Conditioner will leave your best friend's coat soft and plush while bringing out its natural luster and brilliance. Used in conjunction with earthbath® Totally Natural Pet Shampoos, your pet's coat will be plush and smell naturally fresh. Will not wash off topical flea applications. Safe for all animals over 6 weeks.

### About earthbath®

We design all of earthbath's pet products with the health of your beloved, furry friend in mind. We believe that the only ingredients that touch your pet's coat and skin should be totally natural, non-toxic, and as gentle as possible. earthbath® makes a wide array of environmentally sound pet products. We hope to serve as a model for a new way of doing business which puts principles on par with profits.

### Ingredients

Purified water, vegetable-derived conditioner & detangler, colloidal oatmeal (3%), aloe vera, organic shea butter, cetearyl alcohol, wheat germ oil & amino acids, food grade extracts of vanilla & almond, natural preservative.

### Non-Ingredients

Anything that would harm your pet or the environment. This product contains no soap, DEA, parabens, synthetic dyes or perfumes, SLS/SLES, phthalates, or enzymes and is animal cruelty free. Sudsy runoff is safe and harmless to plants and animals.

### Precautions

Avoid contact with eyes. Product is solely intended for use on coat and skin. Flush thoroughly with clean water if eye contact occurs. Keep out of reach of children. If swallowed (by humans), consult a physician.

## earthbath®
### totally natural pet care

# Oatmeal & Aloe
# CONDITIONER

**Vanilla & Almond**

DETANGLES & RELIEVES ITCHING

100% Biodegradable   16 fl. oz (472 ml)   Animal Cruelty Free

FLEA TREATMENT COMPATIBLE

### Instructions for Use

Shampoo your best furry friend with your favorite earthbath® Totally Natural Pet Shampoo and rinse thoroughly. On a clean and wet coat, apply Conditioner liberally and massage deeply into coat (& skin if possible). The amount you need will vary by the size of your pet and the conditioning he or she requires. Leave on for a minute or two to allow the conditioners & emollients to permeate coat and for the oatmeal to help remoisturize the skin. Rinse completely with clean warm water. Towel dry with a big hug. May be diluted ten parts water to one part Conditioner if desired.

### Guaranteed Satisfaction

Top groomers and veterinary hospitals know and trust the earthbath® line of products because they use them. We're sure you'll be satisfied too! If you're not completely satisfied with your retail purchase for any reason, we'll refund your money. Simply send the unused portion along with purchase receipt and a quick note telling us why (please), and we'll quickly send you a refund. If you like earthbath®, please tell your friends (and us). From all of us at earthbath®, thank you for your purchase and continued support.

Green since green was just a color®

**Shake Well Before Use**
**Recycle This Bottle**



2 HDPE   made in USA

**earthbath®**
P.O. Box 411050
San Francisco, CA 94141
415.355. 1166
e-mail: info@earthbath.com
URL: www.earthbath.com

Rev. 201603

6  02644 02081  1



**earthbath**
totally natural pet care

## FACIAL WIPES

For Dogs, Cats, Puppies & Kittens

**Hypoallergenic**
Gentle, No-Rinse Formula

24 PRE-MOISTENED CLEANING CLOTHS • 8 x 7.5"

PEEL HERE

Alcohol free • Soap free • Safe for daily use • No animal ingredients

**DIRECTIONS**
Peel open label and remove a wipe. Gently massage around face and paws. Safe for use around eyes, ears and mouth. Finish with a big hug & kiss and return to the pouch. Store in a cool, dry place and do not flush wipes. Use in conjunction with earthbath shampoos and other fine grooming products.

**A NATURAL APPROACH**
Our soap free, hypo-allergenic facial wipes offer you a quick, convenient & safe way to clean away dirt, boogies, dander and drool from your pet's face. Use on the go or at the tail end of a bath. No more soap in the eyes, no more water in the ears, because there's no need to rinse after washing with these gentle, pH-balanced wipes designed specifically for use on and around the face, eyes & mouth. Formulated for use on all breeds and effective on breeds with folds such as Bull Dogs, Pugs, & Shar-Peis. Just one more reason you'll always be his best friend.

**GUARANTEED SATISFACTION**
If you're not satisfied with your purchase, for any reason, send us your receipt for a full refund.

P.O. Box 411050, San Francisco, CA 94141 • tel 415.451.9960 • fax 415.651.9905 • www.earthbath.com

**INGREDIENTS**
Water, Aloe Barbadensis Leaf Gel, Sodium Lauryl Glucose Carboxylate, Lauryl Glucoside, Tocopheryl Acetate (Vitamin E), Boric Acid, Citric Acid, Aloe Barbadensis, Leaf Extract, Chamomilla Recutita (Matricaria) Flower Extract, Cucumis Sativus (Cucumber) Fruit Extract, Althaea Officinalis (Marshmallow) Root Extract, Avena Sativa (Oat) Kernel Extract, Phenoxyethanol, Caprylyl Glycol, Natural Melon Essence.

MADE IN USA

0 2644 02311 9

Customer: Earthbath
Template Style: Multiple Count Pouch
HSP#0601      DLB#11      DH#
Film Size: 310mm x 195mm
Label Size: 2.5" x 3.5"
Varnish/ Lamination: ☐ Gloss ☐ Matte

**Diamond Wipes**

Print colors: 7 Colors
*Select Color from Pantone Library, including CMYK.

PMS  PMS  PMS  PMS  PMS  PMS  PMS

Dieline
Lid
Copy Live Area
Panel Guideline
No Ink

film: 5 colors
label: 4 color CMYK



**A NATURAL APPROACH:** earthbath® Tooth & Gum Wipes are the easy and convenient solution to keeping your pet's mouth clean from plaque, tartar and odor-causing bacteria. Our totally natural formula is free of parabens, alcohol, and other nasties that don't belong in your pet's mouth.

**DIRECTIONS:** Remove wipe from canister and wrap around your index finger. Gently wipe tooth and gums. Use daily for best results. Finish with a hug and enjoy that minty fresh breath. Store in a cool, dry place. Do not flush wipes.

**GUARANTEED SATISFACTION:** If you are not satisfied with your purchase, for any reason, send us your receipt for a full refund.

**INGREDIENTS:** Water, Polysorbate 20, Glycerin, Mentha Piperita (Peppermint) Oil, Sodium Bicarbonate (Baking Soda), Phenoxyethanol, Caprylyl Glycol

Paraben free
Safe for daily use
No animal ingredients

 
made in USA    Rev. 03/12



P.O. Box 411050, San Francisco, CA 94141
tel: 415-355-1166•fax: 415-651-9962
www.earthbath.com

6  02644 02310  2

"earthbath_EYE Wipes Label_022516_PR"



A NATURAL APPROACH: earthbath® Eye Wipes are a fast, convenient way to keep the area around your pet's eyes clean and free of tear stains, dirt, secretions and other discharge. These eye wipes are hypoallergenic, fragrance free, and alcohol free for safety. Will not wash off topical flea applications. Safe for all animals over 6 weeks.
DIRECTIONS: Remove cap and liner. Pull first wipe from **center** of roll & carefully push through cap opening. Replace cap. Gently and thoroughly wipe away secretions and tear stains from around exterior of eyes only.  Deep stains may require repeated use. Safe for daily use.
GUARANTEED SATISFACTION: If you're not satisfied with your retail purchase, for any reason, send us your receipt for a full refund.
INGREDIENTS: Purified water, aloe vera, sodium chloride, boric acid, witch hazel, natragem, citric acid, vitamin E, natural preservatives.
PRECAUTIONS: Please use caution when cleansing around the eyes. Do not use directly in eyes. Flush thoroughly with clean water if eye irritation occurs. Keep out of reach of children.

Green since green was just a color*

earthbath®
P.O. Box 411050
San Francisco, CA 94141
415.355.1166
info@earthbath.com
www.earthbath.com

made in USA

HDPE

Rev 201602





**earthbath** totally natural pet care

### A Natural Approach

earthbath® Ultra-Mild Puppy Wipes safely and easily wipe away dirt and odor between baths. Handily clean puppies' dirty paws and undercoat. Remove dander, drool, discharge and cling-ons from playing in the unknown. Mild cleansers deodorize, freshen and clean as the exotic Hawaiian awapuhi conditions the coat and imparts a healthy shine. Aloe vera and vitamin E moisturize both coat and skin. Safe for all animals over 6 weeks old.

- Wipes Away Dirt & Dander
- Neutralizes Odors
- Safe for Daily Use
- Conditions & Shines Coat
- SLS/SLES & Paraben Free

*Green since green was just a color*

### Ingredients

Purified water, aloe vera, hawaiian awapuhi extract, ginseng extract, glycerin, vitamin E, natragem, wild cherry essence, natural preservatives.

### Instructions for Use

Open lid and remove wipe. Wipe entire pet thoroughly and finish with a hug. Close lid tightly and store in a cool, dry place. Do not flush wipes.

### Guaranteed Satisfaction

If you're not completely satisfied for any reason, please send us your unused product with retail receipt for a full refund.

**earthbath®**
P.O. Box 411050, San Francisco, CA 94141
www.earthbath.com • info@earthbath.com
415.355.1166




Precautions: Avoid eye contact. Flush thoroughly with water if eye contact occurs.





## earthbath® totally natural pet care

### A Natural Approach

earthbath® Mango Tango® Grooming Wipes safely and easily wipe away dirt and odor between baths, leaving your pet heavenly scented™ of fragrant mangoes. Handily clean pets' dirty paws and undercoat. Remove dander, drool, discharge and cling-ons from playing in the unknown. Mild cleansers freshen, deodorize and clean as the exotic Hawaiian awapuhi conditions the coat and imparts a healthy shine. Aloe vera and vitamin E moisturize coat and skin. Safe for all animals over 6 weeks old.

- Wipes Away Dirt & Dander
- Conditions & Shines Coat
- Neutralizes Odors
- SLS/SLES & Paraben Free
- Safe for Daily Use

Green since green was just a color®

### Ingredients

Purified water, aloe vera, hawaiian awapuhi extract, ginseng extract, glycerin, vitamin E, natragem, mango essence, natural preservatives.

### Instructions for Use

Open lid and remove wipe. Wipe entire pet thoroughly and finish with a hug. Close lid tightly and store in a cool, dry place. Do not flush wipes.

### Guaranteed Satisfaction

If you're not completely satisfied for any reason, please send us your unused product with retail receipt for a full refund.

**earthbath®**
P.O. Box 411050, San Francisco, CA 94141
www.earthbath.com • info@earthbath.com
415.355.1166

 

Precautions: Avoid eye contact. Flush thoroughly with water if eye contact occurs.



**earthbath** totally natural pet care

## CAT WIPES

**Green Tea & Awapuhi**
CLEANS & CONDITIONS

EXTRA-LARGE 8x7in. (20x18cm) MOIST TOWELS • ALCOHOL & LANOLIN FREE

**100** extra-thick soft & moist **pet wipes**



**earthbath** totally natural pet care

## CAT WIPES

FLEA TREATMENT COMPATIBLE

**Green Tea & Awapuhi**
CLEANS & CONDITIONS

**100 pet wipes** extra-thick soft & moist

ALCOHOL & LANOLIN FREE
8x7 in. (20x18cm)

---

**earthbath** totally natural pet care

**A Natural Approach**
earthbath® Green Tea & Awapuhi Cat Wipes safely and easily wipe away dander, dirt and residual saliva in your finely furred friend's coat. Dander & saliva build-up are the leading causes of human/cat allergies. Use of these wipes can help resolve this issue in short order, leaving your cat or kitten softer, shinier & smelling better than ever before. Mild cleansers freshen and deodorize as the anti-oxidant properties of green tea leaf extract protect from environmental damage. Hawaiian Awapuhi conditions coat and imparts a healthy shine while aloe vera and vitamin E moisturize coat and skin. Safe for all animals over 6 weeks old.

• Wipes Away Dirt & Dander    • Conditions & Shines Coat
• Neutralizes Odors    • SLS/SLES & Paraben Free
• Safe for Daily Use    Green since green was just a color®

**Ingredients**
Purified water, aloe vera, hawaiian awapuhi extract, ginseng extract, glycerin, vitamin E, natragen, green tea leaf extract, natural preservatives.

**Instructions for Use**
Open lid and remove wipe. Wipe entire pet thoroughly and finish with a hug. Close lid tightly and store in a cool, dry place. Do not flush wipes.

**Guaranteed Satisfaction**
If you're not completely satisfied for any reason, please send us your unused product with retail receipt for a full refund.

**earthbath®**
P.O. Box 411050, San Francisco, CA 94141
www.earthbath.com • info@earthbath.com
415.355.1166




6 02644 02308 9

Precautions: Avoid eye contact. Flush thoroughly with water if eye contact occurs.



**earthbath** totally natural pet care

Hypo-Allergenic
**CAT WIPES**
Fragrance Free
FOR SENSITIVE SKIN/ALLERGY

EXTRA-LARGE 8x7in. (20x18cm) MOIST TOWELS • ALCOHOL & LANOLIN FREE

**100** extra-thick soft & moist **pet wipes**



**earthbath** totally natural pet care

Hypo-Allergenic
**CAT WIPES**

Fragrance Free
FOR SENSITIVE SKIN/ALLERGY

**100** pet wipes extra-thick soft & moist

ALCOHOL & LANOLIN FREE
8x7 in. (20x18cm)

FLEA TREATMENT COMPATIBLE



**earthbath** totally natural pet care

**A Natural Approach**

earthbath® Hypo-Allergenic Cat Wipes safely and easily wipe away dander, dirt and residual saliva in your finely furred friend's coat. Dander & saliva build-up are the leading causes of human/cat allergies, and use of these wipes can help resolve this issue in short order, while leaving your cat or kitten softer, shinier & smelling better than ever before. Mild cleansers deodorize, freshen & clean as the exotic Hawaiian awapuhi conditions the coat and imparts a healthy shine. Aloe vera and vitamin E moisturize both coat and skin. Safe for all animals over 6 weeks old.

• Wipes Away Dirt & Dander   • Conditions & Shines Coat
• Neutralizes Odors          • SLS/SLES & Paraben Free
• Safe for Daily Use    Green since green was just a color®

**Ingredients**
Purified water, aloe vera, hawaiian awapuhi extract, ginseng extract, glycerin, vitamin E, natragem, natural preservatives.

**Instructions for Use**
Open lid and remove wipe. Wipe entire pet thoroughly and finish with a hug. Close lid tightly and store in a cool, dry place. Do not flush wipes.

**Guaranteed Satisfaction**
If you're not completely satisfied for any reason, please send us your unused product with retail receipt for a full refund.

**earthbath**®
P.O. Box 411050, San Francisco, CA 94141
www.earthbath.com • info@earthbath.com
415.355.1166

 

Precautions: Avoid eye contact. Flush thoroughly with water if eye contact occurs.





### earthbath® totally natural pet care

**A Natural Approach**

earthbath® Green Tea & Awapuhi Grooming Wipes safely and easily wipe away dirt and odor between baths. Handily clean pets' dirty paws and undercoat. Remove dander, drool, discharge and cling-ons from playing in the unknown. Mild cleansers freshen and deodorize as the anti-oxidant properties of green tea leaf extract protect from environmental damage. Hawaiian awapuhi conditions coat and imparts a healthy shine while aloe vera and vitamin E moisturize coat and skin. Safe for all animals over 6 weeks old.

- Wipes Away Dirt & Dander
- Conditions & Shines Coat
- Neutralizes Odors
- SLS/SLES & Paraben Free
- Safe for Daily Use
- Green since green was just a color®

**Ingredients**
Purified water, aloe vera, hawaiian awapuhi extract, ginseng extract, glycerin, vitamin E, natragem, green tea leaf extract, natural preservatives.

**Instructions for Use**
Open lid and remove wipe. Wipe entire pet thoroughly and finish with a hug. Close lid tightly and store in a cool, dry place. Do not flush wipes.

**Guaranteed Satisfaction**
If you're not completely satisfied for any reason, please send us your unused product with retail receipt for a full refund.

**earthbath®**
P.O. Box 411050, San Francisco, CA 94141
www.earthbath.com • info@earthbath.com
415.355.1166

 

**Precautions:** Avoid eye contact. Flush thoroughly with water if eye contact occurs.

## A Natural Approach

Want odor relief, coat & skin conditioning in a jiffy? No time for a bath? Our Deodorizing Spritz is the simple, scent-ual solution. earthbath's premium Spritz naturally eliminates pet odor between baths, re-moisturizes skin and coat, & imparts a healthy shine and supple softness – without leaving oily residue. Sumptuous mango essence deodorizes while meadowfoam seed oil, colloidal oatmeal, aloe vera and vitamin E help to condition, rehydrate & soothe skin while creating show quality shines – between baths. Heavenly scented™ with natural essences that match our most popular shampoos. Safe for dogs over 6 weeks old. Not for use on cats.

## About Earthbath®

We design all of our pet products with the health of your beloved furry friend in mind. Our totally natural ingredients are pH-balanced, 100% biodegradable, non-toxic, and ultra-mild. To learn more about earthbath® and our wide array of pet care products, visit our web site: www.earthbath.com. earthbath® - principles on par with profits.

## Ingredients

De-ionized water, natural conditioners, colloidal oatmeal, aloe vera, vitamin E, mango essence. All ingredients are natural, gentle, and 100% biodegradable.

## Non-ingredients

This product contains no phosphates, enzymes, synthetic dyes, or anything else to harm you, your pet or the environment. Animal cruelty free.

## Precautions

Not for use on cats. Thoroughly flush eyes with clean water if contact occurs. Keep out of reach of children. If swallowed, consult a physician.



**earthbath®**
Totally Natural Pet Care



green clean

## DEODORIZING SPRITZ
### with Skin & Coat Conditioners

Use Between Baths
Heavenly Scented™ Deodorizer
Conditions with Oatmeal, Aloe, Vitamin E

**Mango Tango**

8 fl. oz. (237 ml)

## Instructions for Use

Shake well. Spray dry or wet coat until covered with light mist; keep the sprayer about 4 to 6 inches away from your pet. Avoid contact with eyes & genitals. Massage deeply into coat & skin, then brush thoroughly from head to tail until coat absorbs and shine radiates.

## Guaranteed Satisfaction...

Top groomers and veterinary hospitals know and trust the earthbath® line of products because they use them. If you're not completely satisfied with your retail purchase, for any reason, we'll refund your money. Simply send the unused portion along with purchase receipt and a quick note telling us why (please), and we'll send you a refund right away. If you like earthbath®, please tell your friends (and us). From all of us at earthbath®, thank you for your purchase and continued support.



**earthbath®**

P.O. Box 411050, San Francisco, CA 94141
telephone: 415.355.1166
e-mail: info@earthbath.com
www.earthbath.com

made in USA

Recyclable Bottle

2 HDPE

rev 06/09

0 26644 02204 4

# EXHIBIT B



**A Natural Approach:** earthbath® Ear Wipes offer a convenient way to keep your pet's ears naturally free of wax and discharge which can cause infections and odor. These soft wipes contain witch hazel, a natural cleanser and astringent, plus a sumptuous mix of nature's finest plant extracts with gentle deodorizing properties. Safe for all animals over 6 weeks old.

**Directions:** Remove cap and liner. Pull first wipe from center of roll & carefully push through cap opening. Replace cap. Gently wipe away dirt, wax, and discharge from underside and around ears. Do not push into ear canal.

**Guaranteed Satisfaction:** If you're not satisfied for any reason, send us your retail receipt for a full refund.

**Ingredients:** Purified water, aloe vera, witch hazel, chamomilla recutita, cucumber extract, althaea officinalis root extract, oat kernel extract, citric acid, vitamin E, preservative.

**Precaution:** Avoid eye contact. Flush thoroughly with water if eye contact occurs.

• **Paraben & Alcohol Free** • **Safe for Daily Use**

**Better Baths Since 1995™**




**earthbath®**
P.O. Box 411050
San Francisco, CA 94141
tel: 415-355-1166
info@earthbath.com
www.earthbath.com



Rev 2018-06



6  02644 02303  4








## A Natural Approach

Unpleasant scents and odors don't stand a chance against earthbath® Deodorizing Shampoo. The fresh, long-lasting scent of rosemary oil harnesses the secrets of the Mediterranean in this formula, magically neutralizing doggone odors while cleaning thoroughly and safely. It will leave your best friend's coat soft, plush, and smelling naturally fresh for days. Will not wash off topical flea applications. Safe for all animals over 6 weeks.

## About earthbath®

We design all of earthbath's pet products with the health of your beloved, furry friend in mind. We believe the ingredients that touch your pet's coat and skin should be as naturally effective, non-toxic, and gentle as possible. That's why our formulas are developed and blended in the USA with ingredients such as renewable plant-derived and coconut-based cleansers, organic aloe vera, and botanical fragrances found in nature. We strive to make products that are better for your pet and the planet.

## Ingredients

Purified water, renewable plant-derived and coconut-based cleansers, organic aloe vera, vitamins A, B, D & E, glycerin, rosemary oil, preservative.

## Non-Ingredients

What goes into our products is just as important as what doesn't. This product contains no soap, gluten, DEA, parabens, synthetic dyes, sulfates, or phthalates, and is animal cruelty free, for a better bath every time.

## Precautions

Avoid contact with eyes. Product is solely intended for use on coat and skin. Flush thoroughly with clean water if eye contact occurs. Keep out of reach of children. If swallowed (by humans), consult a physician.



## Instructions for Use

Shake well before using. On a wet coat, lather your pet thoroughly with a few good palm-fulls of earthbath® shampoo. Remember to eliminate all escape routes well in advance (a tip: once your pet is slippery wet, he or she is suddenly smarter and faster than you are). Work lather from head to tail and keep out of eyes. Leave on for at least 90 seconds to allow gentle cleansers and rosemary to work their magic. For extra sheen and manageability, use with earthbath conditioner. May be diluted ten parts water to one part shampoo if desired.

## Guaranteed Satisfaction

Top groomers and veterinary hospitals know and trust the earthbath® line of products because they use them. We're sure you'll be satisfied too! If you're not completely satisfied with your retail purchase for any reason, we'll refund your money. Simply send the unused portion along with purchase receipt and a quick note telling us why (please), and we'll quickly send you a refund. If you like earthbath, please tell your friends (and us). From all of us at earthbath, thank you for your purchase and continued support.

**Better Baths Since 1995™**

Shake Well Before Use
Recycle This Bottle

 



earthbath®
P.O. Box 411050
San Francisco, CA 94141
415.355.1166
e-mail: info@earthbath.com
URL: www.earthbath.com

## A Natural Approach

earthbath® specially formulated this Fragrance Free Oatmeal & Aloe Shampoo to address the needs of pets with dry, itchy, sensitive skin. Colloidal oatmeal and organic aloe vera are recommended by veterinarians to combat skin irritations, promote healing, and re-moisturize sensitive, dry skin. This luxurious shampoo is soap free and pH-balanced to clean and deodorize safely and thoroughly, leaving your pet's skin and coat brilliantly clean, soft, plush, and smelling better than ever before. Will not wash off topical flea applications. Safe for all animals over 6 weeks.

## About earthbath®

We design all of earthbath's pet products with the health of your beloved, furry friend in mind. We believe the ingredients that touch your pet's coat and skin should be as naturally effective, non-toxic, and gentle as possible. That's why our formulas are developed and blended in the USA with ingredients such as renewable plant-derived and coconut-based cleansers, organic aloe vera, and botanical fragrances found in nature. We strive to make products that are better for your pet and the planet.

## Ingredients

Purified water, colloidal oatmeal, renewable plant-derived & coconut-based cleansers, organic aloe vera, vitamins A, B, D & E, glycerin, allantoin, preservative.

## Non-Ingredients

What goes into our products is just as important as what doesn't. This product contains no soap, gluten, DEA, parabens, synthetic dyes, sulfates, or phthalates, and is animal cruelty free, for a better bath every time.

## Precautions

Avoid contact with eyes. Product is solely intended for use on coat and skin. Flush thoroughly with clean water if eye contact occurs. Keep out of reach of children. If swallowed (by humans), consult a physician.



## earthbath®
### natural pet care

## Oatmeal & Aloe
## SHAMPOO

FLEA TREATMENT COMPATIBLE

## Fragrance Free

HELPS RELIEVE ITCHING & DRY SKIN

Ultra-Concentrated   16 fl. oz (472 ml)   Sulfate & Paraben Free

## Instructions for Use

Shake well before using. On a wet coat, lather your pet thoroughly with a few good palm-fulls of earthbath® shampoo. Remember to eliminate all escape routes well in advance (a tip: once your pet is slippery wet, he or she is suddenly smarter and faster than you are). Work lather from head to tail, paying special attention to irritated areas. Keep out of eyes. Leave on for at least 90 seconds to allow oatmeal and organic aloe vera to work their magic. May be diluted ten parts water to one part shampoo if desired.

## Guaranteed Satisfaction

Top groomers and veterinary hospitals know and trust the earthbath® line of products because they use them. We're sure you'll be satisfied too! If you're not completely satisfied with your retail purchase for any reason, we'll refund your money. Simply send the unused portion along with purchase receipt and a quick note telling us why (please), and we'll quickly send you a refund. If you like earthbath, please tell your friends (and us). From all of us at earthbath, thank you for your purchase and continued support.

### Better Baths Since 1995™

Shake Well Before Use
Recycle This Bottle

 

made in USA



earthbath®
P.O. Box 411050
San Francisco, CA 94141
415.355.1166
e-mail: info@earthbath.com
URL: www.earthbath.com

Rev 20170

## A Natural Approach

earthbath® specially formulated this Oatmeal & Aloe itch relief shampoo to address the needs of pets with dry, itchy skin. Colloidal oatmeal and organic aloe vera help combat skin irritation, promote healing, and re-moisturize sensitive, dry skin. This luxurious shampoo is soap free and pH-balanced to clean and deodorize safely and thoroughly, leaving your pet's coat and skin brilliantly clean, soft, plush and smelling better than ever before. Will not wash off topical flea applications. Safe for all animals over 6 weeks.

## About earthbath®

We design all of earthbath's pet products with the health of your beloved, furry friend in mind. We believe the ingredients that touch your pet's coat and skin should be as naturally effective, non-toxic, and gentle as possible. That's why our formulas are developed and blended in the USA with ingredients such as renewable plant-derived and coconut-based cleansers, organic aloe vera, and botanical fragrances found in nature. We strive to make products that are better for your pet and the planet.

## Ingredients

Purified water, colloidal oatmeal, renewable plant-derived & coconut-based cleansers, organic aloe vera, vitamins A, B, D & E, glycerin, allantoin, botanical fragrances of vanilla & almond, preservative.

## Non-Ingredients

What goes into our products is just as important as what doesn't. This product contains no soap, gluten, DEA, parabens, synthetic dyes, sulfates, or phthalates, and is animal cruelty free, for a better bath every time.

## Precautions

Avoid contact with eyes. Product is solely intended for use on coat and skin. Flush thoroughly with clean water if eye contact occurs. Keep out of reach of children. If swallowed (by humans), consult a physician.



**earthbath®**
natural pet care

**Oatmeal & Aloe SHAMPOO**

FLEA TREATMENT COMPATIBLE

**Vanilla & Almond**

HELPS RELIEVE ITCHING & DRY SKIN

Ultra-Concentrated  16 fl. oz (472 ml)  Sulfate & Paraben Free

## Instructions for Use

Shake well before using. On a wet coat, lather your pet thoroughly with a few good palm-fulls of earthbath® pet shampoo. Remember to eliminate all escape routes well in advance (a tip: once your pet is slippery wet, he or she is suddenly smarter and faster than you are). Work lather from head to tail, paying special attention to irritated areas. Keep out of eyes. Leave on for at least 90 seconds to allow oatmeal and organic aloe vera to work their magic. May be diluted ten parts water to one part shampoo if desired.

## Guaranteed Satisfaction

Top groomers and veterinary hospitals know and trust the earthbath® line of products because they use them. We're sure you'll be satisfied too! If you're not completely satisfied with your retail purchase for any reason, we'll refund your money. Simply send the unused portion along with purchase receipt and a quick note telling us why (please), and we'll quickly send you a refund. If you like earthbath, please tell your friends (and us). From all of us at earthbath, thank you for your purchase and continued support.

**Better Baths Since 1995™**

Shake Well Before Use
Recycle This Bottle


2
HDPE


made in USA

**earthbath®**
P.O. Box 411050
San Francisco, CA 94141
415.355.1166
e-mail: info@earthbath.com
URL: www.earthbath.com

5   Rev 201709

6  02644  02111  5

## A Natural Approach

earthbath® formulated this fragrance free, hypo-allergenic shampoo especially for our finest furred feline friend who may have sensitive skin, allergies, or live in a multi-cat household (fragrance free makes for peace). This ultra-mild shampoo is pH-balanced to be exceptionally gentle for even the most sensitive of cats (and we know that's saying a lot). Gentle conditioners and organic aloe vera soften the coat, re-moisturize skin, and add manageability, brilliance and shine. Safe for all animals over 6 weeks old. Will not wash off topical flea applications.

## About earthbath®

We design all of earthbath's pet products with the health of your beloved, furry friend in mind. We believe the ingredients that touch your pet's coat and skin should be as naturally effective, non-toxic, and gentle as possible. That's why our formulas are developed and blended in the USA with ingredients such as renewable plant-derived and coconut-based cleansers, organic aloe vera, and botanical fragrances found in nature. We strive to make products that are better for your pet and the planet.

## Ingredients

Purified water, renewable plant-derived and coconut-based cleansers, organic aloe vera, vitamins A, B, D & E, glycerin, preservative.

## Non-Ingredients

What goes into our products is just as important as what doesn't. This product contains no soap, gluten, DEA, parabens, synthetic dyes, sulfates, or phthalates, and is animal cruelty free, for a better bath every time.

## Precautions

Avoid contact with eyes. Product is solely intended for use on coat and skin. Flush thoroughly with clean water if eye contact occurs. Keep out of reach of children. If swallowed (by humans), consult a physician.



# earthbath®
## natural pet care

# HYPO-ALLERGENIC
# CAT SHAMPOO

FLEA TREATMENT COMPATIBLE

### Fragrance Free
FOR SENSITIVE SKIN/ALLERGY

Ultra-Concentrated   16 fl. oz (472 ml)   Sulfate & Paraben Free

## Instructions for Use

Shake well before using. On a wet coat, lather your cat thoroughly with a few good palm-fulls of earthbath® cat shampoo. Remember to eliminate all escape routes in advance (a tip: once your cat is slippery wet, he or she is suddenly smarter and faster than you are). Work lather from head to tail, keeping out of eyes. Leave on for at least 90 seconds to allow the gentle cleansers and organic aloe vera to work their magic. May be diluted ten parts water to one part shampoo if desired.

## Guaranteed Satisfaction

Top groomers and veterinary hospitals know and trust the earthbath® line of products because they use them. We're sure you'll be satisfied too! If you're not completely satisfied with your retail purchase for any reason, we'll refund your money. Simply send the unused portion along with purchase receipt and a quick note telling us why (please), and we'll quickly send you a refund. If you like earthbath, please tell your friends (and us). From all of us at earthbath, thank you for your purchase and continued support.

### Better Baths Since 1995™

Shake Well Before Use
Recycle This Bottle




2 HDPE   made in USA   Rev 20170909

## earthbath®
P.O. Box 411050
San Francisco, CA 94141
415.355.1166
e-mail: info@earthbath.com
URL: www.earthbath.com



## A Natural Approach

earthbath® proudly formulated this shine enhancing Fragrance Free Oatmeal & Aloe Conditioner to effectively detangle, enrich and revive your pet's coat. The addition of colloidal oatmeal and organic aloe vera help re-moisturize and soothe itchy, dry skin. This fragrance free formula is specially blended for pets with sensitive skin and allergies. It will leave their coats soft and plush while bringing out their natural luster and brilliance. Used in conjunction with earthbath Oatmeal & Aloe Shampoo, your pet's coat will look and feel better than ever before. Will not wash off topical flea applications. Safe for all animals over 6 weeks.

## About earthbath®

We design all of earthbath's pet products with the health of your beloved, furry friend in mind. We believe the ingredients that touch your pet's coat and skin should be as naturally effective, non-toxic, and gentle as possible. That's why our formulas are developed and blended in the USA with ingredients such as renewable plant-derived and coconut-based cleansers, organic aloe vera, and botanical fragrances found in nature. We strive to make products that are better for your pet and the planet.

## Ingredients

Purified water, vegetable-derived conditioner & detangler, colloidal oatmeal, organic aloe vera, organic shea butter, cetearyl alcohol, hydrolyzed silk protein, preservative.

## Non-Ingredients

What goes into our products is just as important as what doesn't. This product contains no soap, gluten, DEA, parabens, synthetic dyes, sulfates, or phthalates, and is animal cruelty free, for a better bath every time.

## Precautions

Avoid eye contact. Immediately & thoroughly flush with clean water if eye contact occurs. Conditioner is solely intended for use on coat and skin. Keep out of reach of children. If swallowed (by humans), consult a physician.



**earthbath®**
natural pet care

# Oatmeal & Aloe CONDITIONER

FLEA TREATMENT COMPATIBLE

**Fragrance Free**

HELPS DETANGLE & RELIEVE ITCHING

Ultra-Concentrated   16 fl. oz (472 ml)   Sulfate & Paraben Free

## Instructions for Use

Shampoo your best little friend with your favorite earthbath® shampoo and rinse thoroughly. On a clean and wet coat, apply conditioner liberally and massage deeply into coat (& skin if possible). The amount you need will vary by the size of your pet and the conditioning he or she requires. Leave on for a minute or two to allow the conditioners & emollients to permeate coat and for the oatmeal and organic shea butter to help remoisturize the skin. Rinse completely with clean warm water. Towel dry with a big hug. May be diluted ten parts water to one part conditioner if desired.

## Guaranteed Satisfaction

Top groomers and veterinary hospitals know and trust the earthbath® line of products because they use them. We're sure you'll be satisfied too! If you're not completely satisfied with your retail purchase for any reason, we'll refund your money. Simply send the unused portion along with purchase receipt and a quick note telling us why (please), and we'll quickly send you a refund. If you like earthbath, please tell your friends (and us). From all of us at earthbath, thank you for your purchase and continued support.

**Better Baths Since 1995™**

Shake Well Before Use
Recycle This Bottle

 



**earthbath®**
P.O. Box 411050
San Francisco, CA 94141
415.355.1166
e-mail: info@earthbath.com
URL: www.earthbath.com

Rev 201709

## A Natural Approach

earthbath® Mango Tango® 2-in-1 Conditioning Shampoo is a shampoo and conditioner in one that will leave your pet's coat and skin looking and smelling better than ever before. The luscious botanical fragrance of tropical mangoes combined with an exceptionally mild shampoo adds brilliance and shine while the extra gentle conditioner softens and detangles, leaving coats wonderfully clean, soft & plush. Will not wash off topical flea applications. Safe for all animals over 6 weeks.

## About earthbath®

We design all of earthbath's pet products with the health of your beloved, furry friend in mind. We believe the ingredients that touch your pet's coat and skin should be as naturally effective, non-toxic, and gentle as possible. That's why our formulas are developed and blended in the USA with ingredients such as renewable plant-derived and coconut-based cleansers, organic aloe vera, and botanical fragrances found in nature. We strive to make products that are better for your pet and the planet.

## Ingredients

Purified water, renewable plant-derived and coconut-based cleansers, gentle conditioner & detangler, organic aloe vera, vitamins A, B, D & E, glycerin, botanical fragrance of mango, preservative.

## Non-Ingredients

What goes into our products is just as important as what doesn't. This product contains no soap, gluten, DEA, parabens, synthetic dyes, sulfates, or phthalates, and is animal cruelty free, for a better bath every time.

## Precautions

Avoid contact with eyes. Product is solely intended for use on coat and skin. Flush thoroughly with clean water if eye contact occurs. Keep out of reach of children. If swallowed (by humans), consult a physician.



**earthbath**
natural pet care

**2-in-1 Conditioning SHAMPOO**

Mango Tango®
CONDITIONS & DETANGLES

Ultra-Concentrated  16 fl. oz (472 ml)  Sulfate & Paraben Free

FLEA TREATMENT COMPATIBLE

## Instructions for Use

Shake well before using. On a wet coat, lather your pet thoroughly with a few good palm-fulls of earthbath® shampoo. Remember to eliminate all escape routes well in advance (a tip: once your pet is slippery wet, he or she is suddenly smarter and faster than you are). Work lather from head to tail and keep out of eyes. Leave on for at least 90 seconds to allow gentle cleansers and conditioner to work their magic. May be diluted ten parts water to one part shampoo if desired.

## Guaranteed Satisfaction

Top groomers and veterinary hospitals know and trust the earthbath® line of products because they use them. We're sure you'll be satisfied too! If you're not completely satisfied with your retail purchase for any reason, we'll refund your money. Simply send the unused portion along with purchase receipt and a quick note telling us why (please), and we'll quickly send you a refund. If you like earthbath, please tell your friends (and us). From all of us at earthbath, thank you for your purchase and continued support.

**Better Baths Since 1995**

Shake Well Before Use
Recycle This Bottle



HDPE   made in USA   Rev 201709

**earthbath®**
P.O. Box 411050
San Francisco, CA 94141
415.551.1166
e-mail: info@earthbath.com
URL: www.earthbath.com

6  02664  02091  0

## A Natural Approach

Some of our beloved furry friends have skin allergies and sensitivities that can make it difficult to get clean and remain simultaneously happy. (Puppies & kittens, older pets, certain breeds and allergy prone animals often benefit from a hypo-allergenic formulation.) earthbath® solved this dilemma by blending the finest ingredients into this mild, hypo-allergenic shampoo. Per vets' orders it is intentionally free of any fragrance or coloration. Will not wash off topical flea applications. Safe for all animals over 6 weeks.

## About earthbath®

We design all of earthbath's pet products with the health of your beloved, furry friend in mind. We believe the ingredients that touch your pet's coat and skin should be as naturally effective, non-toxic, and gentle as possible. That's why our formulas are developed and blended in the USA with ingredients such as renewable plant-derived and coconut-based cleansers, organic aloe vera, and botanical fragrances found in nature. We strive to make products that are better for your pet and the planet.

## Ingredients

Purified water, renewable plant-derived and coconut-based cleansers, organic aloe vera, vitamins A, B, D & E, glycerin, preservative.

## Non-Ingredients

What goes into our products is just as important as what doesn't. This product contains no soap, gluten, DEA, parabens, synthetic dyes, sulfates, or phthalates, and is animal cruelty free, for a better bath every time.

## Precautions

Avoid eye contact. Immediately and thoroughly flush with clean water if eye contact occurs. Keep out of reach of children. If swallowed (by humans), consult a physician.



### earthbath®
natural pet care

## Hypo-Allergenic
## SHAMPOO

FLEA TREATMENT COMPATIBLE

## Fragrance Free
FOR SENSITIVE SKIN/ALLERGY

Ultra-Concentrated   16 fl. oz (472 ml)   Sulfate & Paraben Free

## Instructions for Use

Shake well before using. On a wet coat, lather your pet thoroughly with a few good palm-fulls of earthbath® shampoo. Remember to eliminate all escape routes in advance (a tip: once your pet is slippery wet, he or she is suddenly smarter and faster than you are). Work lather from head to tail and keep out of eyes. Leave on for at least 90 seconds to allow the gentle cleansers and organic aloe vera to work their magic. For extra sheen and manageability, use with earthbath conditioner. May be diluted ten parts water to one part shampoo if desired.

## Guaranteed Satisfaction

Top groomers and veterinary hospitals know and trust the earthbath® line of products because they use them. We're sure you'll be satisfied too! If you're not completely satisfied with your retail purchase for any reason, we'll refund your money. Simply send the unused portion along with purchase receipt and a quick note telling us why (please), and we'll quickly send you a refund. If you like earthbath, please tell your friends (and us). From all of us at earthbath, thank you for your purchase and continued support.

### Better Baths Since 1995™

Shake Well Before Use
Recycle This Bottle

 HDPE

 made in USA

**earthbath®**
P.O. Box 411050
San Francisco, CA 94141
415.355.1166
e-mail: info@earthbath.com
URL: www.earthbath.com

Rev. 201709

6 02644 02051 4

## A Natural Approach

earthbath® Coat Brightening Shampoo adds extra sparkle and brilliance to coats of all colors. We blended a special selection of optical brighteners with gentle cleansers and lavender oil for a wonderfully aromatic and mild shampoo that helps brighten coats. This shampoo will leave your best friend's coat shiny, soft, plush, and smelling naturally fresh. Will not wash off topical flea applications. Safe for all animals over 6 weeks old.

## About earthbath®

We design all of earthbath's pet products with the health of your beloved, furry friend in mind. We believe the ingredients that touch your pet's coat and skin should be as naturally effective, non-toxic, and gentle as possible. That's why our formulas are developed and blended in the USA with ingredients such as renewable plant-derived and coconut-based cleansers, organic aloe vera, and botanical fragrances found in nature. We strive to make products that are better for your pet and the planet.

## Ingredients

Purified water, renewable plant-derived & coconut-based cleaners, organic aloe vera, vitamins A, B, D & E, glycerin, optical brighteners, lavender oil, preservative.

## Non-Ingredients

What goes into our products is just as important as what doesn't. This product contains no soap, gluten, DEA, parabens, synthetic dyes, sulfates, or phthalates, and is animal cruelty free, for a better bath every time.

## Precautions

Avoid contact with eyes. Product is solely intended for use on coat and skin. Flush thoroughly with clean water if eye contact occurs. Keep out of reach of children. If swallowed (by humans), consult a physician.



**⊘ earthbath®**
natural pet care

**Coat Brightening SHAMPOO**

**Lavender**
ENHANCES COLOR & SHINE
IN ALL COATS

Ultra-Concentrated   16 fl. oz (472 ml)   Sulfate & Paraben Free



FLEA TREATMENT COMPATIBLE

## Instructions for Use

Shake well before using. On a wet coat, lather your pet thoroughly with a few good palm-fulls of earthbath® pet shampoo. Remember to eliminate all escape routes well in advance (a tip: once your pet is slippery wet, he or she is suddenly smarter and faster than you are). Work lather from head to tail and keep out of eyes. Leave on for at least 90 seconds to allow optical brighteners to work their magic. For extra sheen and manageability, use with earthbath conditioner. May be diluted ten parts water to one part shampoo if desired.

## Guaranteed Satisfaction

Top groomers and veterinary hospitals know and trust the earthbath® line of products because they use them. We're sure you'll be satisfied too! If you're not completely satisfied with your retail purchase for any reason, we'll refund your money. Simply send the unused portion along with purchase receipt and a quick note telling us why (please), and we'll quickly send you a refund. If you like earthbath, please tell your friends (and us). From all of us at earthbath, thank you for your purchase and continued support.

### Better Baths Since 1995™

**Shake Well Before Use**
**Recycle This Bottle**

♻ HDPE    made in USA



**earthbath®**
P.O. Box 411050
San Francisco, CA 94141
415.355.1166
e-mail: info@earthbath.com
URL: www.earthbath.com

6   Rev 20170929

0 26644 02031 6

## A Natural Approach

earthbath® formulated this extra gentle, pH-balanced, 2-in-1 conditioning shampoo for our finest furred feline friends. Gentle conditioners and organic aloe vera soften the coat, re-moisturize the skin, and add manageability, brilliance and shine. Our ultra-mild coconut-based cleaners and the subtle scent of wild cherries will leave her smelling fresh and deliciously clean. Will not wash off topical flea applications. Safe for all animals over 6 weeks old. To encourage peaceful co-existence in multi-cat households, use our Fragrance Free Hypo-Allergenic Cat Shampoo.

## About earthbath®

We design all of earthbath's pet products with the health of your beloved, furry friend in mind. We believe the ingredients that touch your pet's coat and skin should be as naturally effective, non-toxic, and gentle as possible. That's why our formulas are developed and blended in the USA with ingredients such as renewable plant-derived and coconut-based cleansers, organic aloe vera, and botanical fragrances found in nature. We strive to make products that are better for your pet and the planet.

## Ingredients

Purified water, renewable plant-derived and coconut-based cleansers, gentle conditioner & detangler, organic aloe vera, vitamins A, B, D & E, glycerin, botanical fragrance of wild cherry, preservative.

## Non-Ingredients

What goes into our products is just as important as what doesn't. This product contains no soap, gluten, DEA, parabens, synthetic dyes, sulfates, or phthalates, and is animal cruelty free, for a better bath every time.

## Precautions

Avoid contact with eyes. Product is solely intended for use on coat and skin. Flush thoroughly with clean water if eye contact occurs. Keep out of reach of children. If swallowed (by humans), consult a physician.



## earthbath®
natural pet care

## 2-in-1 Conditioning
## CAT SHAMPOO

FLEA TREATMENT COMPATIBLE

## Light Wild Cherry
EXTRA GENTLE CONDITIONING FORMULA

Ultra-Concentrated 16 fl. oz (472 ml) Sulfate & Paraben Free

## Instructions for Use

Shake well before using. On a wet coat, lather your cat thoroughly with a few good palm-fulls of earthbath® cat shampoo. Remember to eliminate all escape routes in advance (a tip: once your cat is slippery wet, he or she is suddenly smarter and faster than you are). Work lather from head to tail, keeping out of eyes. Leave on for at least 90 seconds to allow the gentle cleansers and conditioner to work their magic. May be diluted ten parts water to one part shampoo if desired.

## Guaranteed Satisfaction

Top groomers and veterinary hospitals know and trust the earthbath® line of products because they use them. We're sure you'll be satisfied too! If you're not completely satisfied with your retail purchase for any reason, we'll refund your money. Simply send the unused portion along with purchase receipt and a quick note telling us why (please), and we'll quickly send you a refund. If you like earthbath, please tell your friends (and us). From all of us at earthbath, thank you for your purchase and continued support.

### Better Baths Since 1995™

Shake Well Before Use
Recycle This Bottle

 

made in USA



**earthbath®**
P.O. Box 411050
San Francisco, CA 94141
415.355.1166
e-mail: info@earthbath.com
URL: www.earthbath.com

Rev 20 1709

6 02644 02121 4

## A Natural Approach

Precious puppies deserve tender loving care, so earthbath® crafted this ultra-mild shampoo just for your frisky young pup. Tearless® and pH-balanced for puppies' sensitive skin, this luxurious shampoo contains the finest blend of gentle cleansers, organic aloe vera and a dash of baby-fresh cherry fragrance. This shampoo will create a brilliant, show quality shine, rinse thoroughly and leave your pup smelling and feeling better than ever before. Will not wash off topical flea applications. Safe for all animals over 6 weeks.

## About earthbath®

We design all of earthbath's pet products with the health of your beloved, furry friend in mind. We believe the ingredients that touch your pet's coat and skin should be as naturally effective, non-toxic, and gentle as possible. That's why our formulas are developed and blended in the USA with ingredients such as renewable plant-derived and coconut-based cleansers, organic aloe vera, and botanical fragrances found in nature. We strive to make products that are better for your pet and the planet.

## Ingredients

Purified water, renewable plant-derived and coconut-based cleansers, gentle conditioner & detangler, organic aloe vera, vitamins A, B, D & E, glycerin, botanical fragrance of wild cherry, preservative.

## Non-Ingredients

What goes into our products is just as important as what doesn't. This product contains no soap, gluten, DEA, parabens, synthetic dyes, sulfates, or phthalates, and is animal cruelty free, for a better bath every time.

## Precautions

Avoid eye contact. *Even tearless shampoo is solely intended to cleanse coat and skin. Immediately and thoroughly flush with clean water if eye contact occurs. Keep out of reach of children. If swallowed (by humans), consult a physician.



### ✦earthbath®
natural pet care

# Ultra-Mild
# PUPPY SHAMPOO



FLEA TREATMENT COMPATIBLE

## Wild Cherry

TEARLESS & EXTRA GENTLE

Ultra-Concentrated  16 fl. oz (472 ml)  Sulfate & Paraben Free

## Instructions for Use

Shake well before using. On a wet coat, lather your puppy thoroughly with earthbath® puppy shampoo. Remember to eliminate all escape routes well in advance (a tip: once your puppy is slippery wet, he or she is suddenly smarter and faster than you are). Work lather from head to tail, being careful to keep out of eyes. Leave on for at least 90 seconds to allow gentle cleansers and detangler to work their magic. May be diluted ten parts water to one part shampoo if desired.

## Guaranteed Satisfaction

Top groomers and veterinary hospitals know and trust the earthbath® line of products because they use them. We're sure you'll be satisfied too! If you're not completely satisfied with your retail purchase for any reason, we'll refund your money. Simply send the unused portion along with purchase receipt and a quick note telling us why (please), and we'll quickly send you a refund. If you like earthbath, please tell your friends (and us). From all of us at earthbath, thank you for your purchase and continued support.

### Better Baths Since 1995™

Shake Well Before Use
Recycle This Bottle



**earthbath®**
P.O. Box 411050
San Francisco, CA 94141
415.355.1166
e-mail: info@earthbath.com
URL: www.earthbath.com

Rev 201709



0 26844 02131 6

## A Natural Approach

This gentle shampoo contains sweet orange oil, which has long been recognized as an effective deodorizer, degreaser, and fur stain remover. It is also reputed to help calm and relieve common skin and itching problems associated with flea bites. In addition to thoroughly cleaning your "dirty dog," this shampoo will bring out the sheen and natural highlights in their coat. Will not wash off topical flea applications. Safe for all animals over 6 weeks.

## About earthbath®

We design all of earthbath's pet products with the health of your beloved, furry friend in mind. We believe the ingredients that touch your pet's coat and skin should be as naturally effective, non-toxic, and gentle as possible. That's why our formulas are developed and blended in the USA with ingredients such as renewable plant-derived and coconut-based cleansers, organic aloe vera, and botanical fragrances found in nature. We strive to make products that are better for your pet and the planet.

## Ingredients

Purified water, renewable plant-derived and coconut-based cleansers, organic aloe vera, vitamins A, B, D & E, glycerin, sweet orange oil, preservative.

## Non-Ingredients

What goes into our products is just as important as what doesn't. This product contains no soap, gluten, DEA, parabens, synthetic dyes, sulfates, or phthalates, and is animal cruelty free, for a better bath every time.

## Precautions

DO NOT USE ON CATS (SOME MAY BE ALLERGIC). Avoid eye contact. Immediately and thoroughly flush with clean water if eye contact occurs. Shampoo is solely intended to cleanse coat and skin. Keep out of reach of children. If swallowed (by humans), consult a physician.



## earthbath®
### natural pet care

## Dirty Dog SHAMPOO

### Sweet Orange Oil
DEGREASES & REMOVES STAINS

Ultra-Concentrated   16 fl. oz (472 ml)   Sulfate & Paraben Free

FLEA TREATMENT COMPATIBLE

## Instructions for Use

Shake well before using. On a wet coat, lather your dog thoroughly with a few good palm-fulls of earthbath® shampoo. Remember to eliminate all escape routes well in advance (a tip: once your pet is slippery wet, he or she is suddenly smarter and faster than you are). Work lather from head to tail and keep out of eyes. Leave on for at least 90 seconds to allow gentle cleansers and sweet orange oil to work their magic. May be diluted ten parts water to one part shampoo if desired.

## Guaranteed Satisfaction

Top groomers and veterinary hospitals know and trust the earthbath® line of products because they use them. We're sure you'll be satisfied too! If you're not completely satisfied with your retail purchase for any reason, we'll refund your money. Simply send the unused portion along with purchase receipt and a quick note telling us why (please), and we'll quickly send you a refund. If you like earthbath, please tell your friends (and us). From all of us at earthbath, thank you for your purchase and continued support.

### Better Baths Since 1995™

Shake Well Before Use
Recycle This Bottle

 HDPE   made in USA   Rev. 20 1709

**earthbath®**
P.O. Box 411050
San Francisco, CA 94141
415.355.1166
e-mail: info@earthbath.com
URL: www.earthbath.com



6  02644 02021  7

## A Natural Approach

earthbath® blended the finest antioxidants and skin moisturizers to create this Shed Control Shampoo. This potent formula contains organic fair trade shea butter, omega-6 fatty acids, and the extracts of green tea leaf, ginseng, and awapuhi to nourish & detoxify skin and coat while helping to control excessive shedding, dander and associated allergens. Naturally, this pH-balanced soap-free shampoo will thoroughly clean & deodorize, leaving your pet brilliantly soft and heavenly scented™.

## About earthbath®

We design all of earthbath's pet products with the health of your beloved, furry friend in mind. We believe the ingredients that touch your pet's coat and skin should be as naturally effective, non-toxic, and gentle as possible. That's why our formulas are developed and blended in the USA with ingredients such as renewable plant-derived and coconut-based cleansers, organic aloe vera, and botanical fragrances found in nature. We strive to make products that are better for your pet and the planet.

## Ingredients

Purified water, renewable plant-derived & coconut-based cleansers, organic shea butter, omega-6 fatty acids, extracts of green tea leaf, ginseng & awapuhi, organic aloe vera, panthenol, D-biotin, phytic acid, glycerin, allantoin, preservative.

## Non-Ingredients

What goes into our products is just as important as what doesn't. This product contains no soap, gluten, DEA, parabens, synthetic dyes, sulfates, or phthalates, and is animal cruelty free, for a better bath every time.

## Precautions

Avoid contact with eyes. Product is solely intended for use on coat and skin. Flush thoroughly with clean water if eye contact occurs. Keep out of reach of children. If swallowed (by humans), consult a physician.



**earthbath®**
natural pet care

## Shed Control SHAMPOO

FLEA TREATMENT COMPATIBLE

**Green Tea & Awapuhi**
with Organic Fair Trade Shea Butter

HELPS RELIEVE SHEDDING & DANDER

Ultra-Concentrated  16 fl. oz (472 ml)  Sulfate & Paraben Free

## Instructions for Use

Shake well before using. On a wet coat, lather your pet thoroughly with a few good palm-fulls of earthbath® shampoo. Work lather from head to tail, being careful to keep out of eyes. Leave on for at least 90 seconds to allow the organic shea butter and omega-6 fatty acids to work their magic. May be diluted ten parts water to one part shampoo if desired. For best results, brush coat thoroughly prior to bathing to release loose fur and dander.

## Guaranteed Satisfaction

Top groomers and veterinary hospitals know and trust the earthbath® line of products because they use them. We're sure you'll be satisfied too! If you're not completely satisfied with your retail purchase for any reason, we'll refund your money. Simply send the unused portion along with purchase receipt and a quick note telling us why (please), and we'll quickly send you a refund. If you like earthbath, please tell your friends (and us). From all of us at earthbath, thank you for your purchase and continued support.

**Better Baths Since 1995™**



Shake Well Before Use
Recycle This Bottle

Rev 201710

made in USA

HDPE

**earthbath®**
P.O. Box 411050
San Francisco, CA 94141
415.355.1166
e-mail: info@earthbath.com
URL: www.earthbath.com

0 26144 02119 7

## A Natural Approach

Tea tree oil has long been reputed to be an effective and beneficial remedy for skin irritations, insect bites and itching. Aloe vera is widely regarded as one of nature's finest soothing emollients and comes from plants found in American deserts. These botanical ingredients help soothe and relieve hot spots and itchy, dry or chafed skin caused by flea bites, dandruff or other dermatitis. This mild shampoo will leave pets' coats soft, plush & shiny. Will not wash off topical flea applications. Safe for all animals over 6 weeks.

## About earthbath®

We design all of earthbath's pet products with the health of your beloved, furry friend in mind. We believe the ingredients that touch your pet's coat and skin should be as naturally effective, non-toxic, and gentle as possible. That's why our formulas are developed and blended in the USA with ingredients such as renewable plant-derived and coconut-based cleansers, organic aloe vera, and botanical fragrances found in nature. We strive to make products that are better for your pet and the planet.

## Ingredients

Purified water, renewable plant-derived & coconut-based cleaners, organic aloe vera, vitamins A, B, D & E, glycerin, melaleuca (tea tree) oil, preservative.

## Non-Ingredients

What goes into our products is just as important as what doesn't. This product contains no soap, gluten, DEA, parabens, synthetic dyes, sulfates, or phthalates, and is animal cruelty free, for a better bath every time.

## Precautions

Avoid contact with eyes. Product is solely intended for use on coat and skin. Flush thoroughly with clean water if eye contact occurs. Keep out of reach of children. If swallowed (by humans), consult a physician.



**earthbath®**
natural pet care

**Hot Spot Relief SHAMPOO**

FLEA TREATMENT COMPATIBLE

**Tea Tree Oil & Aloe Vera**
HELPS SOOTHE HOT SPOTS & SKIN CONDITIONS

Ultra-Concentrated 16 fl. oz (472 ml) Sulfate & Paraben Free

## Instructions for Use

Shake well before using. On a wet coat, lather your pet thoroughly with a few good palm-fulls of earthbath® shampoo. Remember to eliminate all escape routes well in advance (a tip: once your pet is slippery wet, he or she is suddenly smarter and faster than you are). Work lather from head to tail, paying special attention to irritated areas. Keep out of eyes. Leave on for at least 90 seconds to allow tea tree oil and organic aloe vera to work their magic. For extra sheen and manageability, use with earthbath conditioner. May be diluted ten parts water to one part shampoo if desired.

## Guaranteed Satisfaction

Top groomers and veterinary hospitals know and trust the earthbath® line of products because they use them. We're sure you'll be satisfied too! If you're not completely satisfied with your retail purchase for any reason, we'll refund your money. Simply send the unused portion along with purchase receipt and a quick note telling us why (please), and we'll quickly send you a refund. If you like earthbath, please tell your friends (and us). From all of us at earthbath, thank you for your purchase and continued support.

**Better Baths Since 1995™**

Shake Well Before Use
Recycle This Bottle

 

HDPE    made in USA    Rev 20170909

**earthbath®**
P.O. Box 411050
San Francisco, CA 94141
415.555.1166
e-mail: info@earthbath.com
URL: www.earthbath.com

0 2644 02041 5    6

## A Natural Approach

earthbath® proudly formulated this shine enhancing Oatmeal & Aloe Conditioner with botanical fragrances of vanilla & almond to effectively detangle, enrich, and revive your pet's coat. The addition of colloidal oatmeal, organic shea butter, and organic aloe vera help re-moisturize and soothe skin, too. This sumptuous conditioner will leave your best friend's coat soft and plush while bringing out its natural luster and brilliance. Used in conjunction with earthbath® Oatmeal & Aloe Shampoo, and your pet's coat will be plush and smell naturally fresh. Will not wash off topical flea applications. Safe for all animals over 6 weeks.

## About earthbath®

We design all of earthbath's pet products with the health of your beloved, furry friend in mind. We believe the ingredients that touch your pet's coat and skin should be as naturally effective, non-toxic, and gentle as possible. That's why our formulas are developed and blended in the USA with ingredients such as renewable plant-derived and coconut-based cleansers, organic aloe vera, and botanical fragrances found in nature. We strive to make products that are better for your pet and the planet.

## Ingredients

Purified water, vegetable-derived conditioner & detangler, colloidal oatmeal, organic aloe vera, organic shea butter, cetearyl alcohol, hydrolyzed silk protein, botanical fragrances of vanilla & almond, preservative.

## Non-Ingredients

What goes into our products is just as important as what doesn't. This product contains no soap, gluten, DEA, parabens, synthetic dyes, sulfates, or phthalates, and is animal cruelty free, for a better bath every time.

## Precautions

Avoid contact with eyes. Product is solely intended for use on coat and skin. Flush thoroughly with clean water if eye contact occurs. Keep out of reach of children. If swallowed (by humans), consult a physician.



## earthbath®
### natural pet care

## Oatmeal & Aloe
## CONDITIONER

### Vanilla & Almond
HELPS DETANGLE & RELIEVE ITCHING

FLEA TREATMENT COMPATIBLE

Ultra-Concentrated 16 fl. oz (472 ml) Sulfate & Paraben Free

## Instructions for Use

Shampoo your best little friend with your favorite earthbath® shampoo and rinse thoroughly. On a clean and wet coat, apply conditioner liberally and massage deeply into coat (& skin if possible). Leave on for a minute or two to allow the conditioners & emollients to permeate coat and for the oatmeal and organic shea butter to help remoisturize the skin. Rinse completely with clean warm water. Towel dry with a big hug. May be diluted ten parts water to one part conditioner if desired.

## Guaranteed Satisfaction

Top groomers and veterinary hospitals know and trust the earthbath® line of products because they use them. We're sure you'll be satisfied too! If you're not completely satisfied with your retail purchase for any reason, we'll refund your money. Simply send the unused portion along with purchase receipt and a quick note telling us why (please), and we'll quickly send you a refund. If you like earthbath, please tell your friends (and us). From all of us at earthbath, thank you for your purchase and continued support.

### Better Baths Since 1995™

Shake Well Before Use
Recycle This Bottle




HDPE made in USA



**earthbath®**
P.O. Box 41,050
San Francisco, CA 94141
415.355.1166
e-mail: info@earthbath.com
URL: www.earthbath.com

Rev 201709

6 02644 02081 1





**A Natural Approach:** earthbath® Tooth & Gum Wipes are the easy and convenient solution to keeping your pet's mouth clean from plaque, tartar & odor-causing bacteria. This minty-fresh formula is free of parabens, alcohol, and other nasties that don't belong in your pet's mouth.

**Directions:** Remove cap and liner. Pull first wipe from center of roll & carefully push through cap opening. Replace cap. Wrap wipe around your index finger and gently wipe tooth and gums. Use daily for best results. Finish with a hug and enjoy that minty fresh breath.

**Guaranteed Satisfaction:** If you're not satisfied for any reason, send us your retail receipt for a full refund.

**Ingredients:** Purified water, polysorbate 20, glycerin, mentha piperita (peppermint) oil, sodium bicarbonate (baking soda), caprlyl glycol, preservative.

**Precautions:** Avoid eye contact. Flush thoroughly with water if eye contact occurs.

• Paraben & Alcohol Free • Safe for Daily Use

Better Baths Since 1995™



**earthbath®**
P.O. Box 411050
San Francisco, CA 94141
tel: 415-355-1166
info@earthbath.com
www.earthbath.com

Rev 201901

6  02644 02310  2



**A Natural Approach:** earthbath® Eye Wipes are a fast, convenient way to keep the area around your pet's eyes clean and free of tear stains, dirt, secretions and other discharge. These eye wipes are hypoallergenic, fragrance free, and alcohol free for safety. Safe for all animals over 6 weeks old.

**Directions:** Remove cap and liner. Pull first wipe from center of roll & carefully push through cap opening. Replace cap. Gently wipe away secretions and tear stains from around exterior of eyes only. Deep stains may require repeated use.

**Guaranteed Satisfaction:** If you're not satisfied for any reason, send us your retail receipt for a full refund.

**Ingredients:** Purified water, aloe vera, sodium chloride, boric acid, witch hazel, citric acid, vitamin E, preservative.

**Precautions:** Please use extreme caution when cleansing around the eyes. Do not use directly in the eyes.

• Paraben & Alcohol Free • Safe for Daily Use

Better Baths Since 1995™






**earthbath®**
P.O. Box 411050
San Francisco, CA 94141
tel: 415-355-1166
info@earthbath.com
www.earthbath.com



Rev 2018-05

6  02644 02301



**earthbath®** natural pet care

# PUPPY WIPES
## Wild Cherry
### Extra Gentle
EXTRA-LARGE 8×7 in. (20×18cm) MOIST TOWELS • ALCOHOL & LANOLIN FREE

**100** extra-thick soft & moist pet wipes



**earthbath®** natural pet care

Ultra-Mild
# PUPPY WIPES
## Wild Cherry

FLEA TREATMENT COMPATIBLE

### Extra Gentle
FOR DOGS & PUPPIES
100 EXTRA-THICK, SOFT & MOIST WIPES
8×7 in. (20 x 18 cm)

---

**earthbath®** natural pet care

**A Natural Approach**

earthbath® Ultra-Mild Puppy Wipes safely and easily wipe away dirt and odor between baths. Handily clean puppies' dirty paws and undercoat. Remove dander, drool, discharge and cling-ons from playing in the unknown. Mild cleansers deodorize, freshen and clean as the exotic Hawaiian awapuhi conditions the coat and imparts a healthy shine. Aloe vera and vitamin E moisturize both coat and skin. Safe for all animals over 6 weeks old.

• Wipes Away Dirt & Dander
• Conditions & Shines Coat • Helps Neutralize Odors
• Sulfate & Paraben Free • Safe for Daily Use

Better Baths Since 1995™

**Ingredients**
Purified water, aloe vera, hawaiian awapuhi extract, ginseng extract, glycerin, vitamin E, botanical fragrance of wild cherry, preservative.

**Instructions for Use**
Open lid and remove wipe. Wipe entire pet thoroughly and finish with a hug. Close lid tightly and store in a cool, dry place. Do not flush wipes.

**Guaranteed Satisfaction**
If you're not satisfied for any reason, send us your retail receipt for a full refund.

Rev 2018-06

**earthbath®**
P.O. Box 411050, San Francisco, CA 94141
www.earthbath.com • info@earthbath.com
415.355.1166

 made in USA 

8 02644 02309 6

Precaution: Avoid eye contact. Flush thoroughly with water if eye contact occurs.



**earthbath®**
natural pet care

**GROOMING WIPES**
Mango Tango®

**100** extra-thick soft & moist **pet wipes**

Cleans & Conditions
EXTRA-LARGE 8x7in. (20X18cm) MOIST TOWELS · ALCOHOL & LANOLIN FREE



**earthbath®**
natural pet care

**GROOMING WIPES**
Mango Tango®

FLEA TREATMENT COMPATIBLE

Cleans & Conditions
FOR DOGS, CATS, PUPPIES & KITTENS
100 EXTRA-THICK, SOFT & MOIST WIPES
8x7 in. (20 x 18 cm)

---

**earthbath®** natural pet care

**A Natural Approach**
earthbath® Mango Tango® Grooming Wipes safely and easily wipe away dirt and odor between baths, leaving your pet heavenly scented™ of fragrant mangoes. Handily clean pets' dirty paws and undercoat. Remove dander, drool, discharge and cling-ons from playing in the unknown. Mild cleansers deodorize, freshen and clean as the exotic Hawaiian awapuhi conditions the coat and imparts a healthy shine. Aloe vera and vitamin E moisturize both coat and skin. Safe for all animals over 6 weeks old.

• Wipes Away Dirt & Dander
• Conditions & Shines Coat • Helps Neutralize Odors
• Sulfate & Paraben Free • Safe for Daily Use

**Better Baths Since 1995™**

**Ingredients**
Purified water, aloe vera, hawaiian awapuhi extract, ginseng extract, glycerin, vitamin E, botanical fragrance of mango, preservative.

**Instructions for Use**
Open lid and remove wipe. Wipe entire pet thoroughly and finish with a hug. Close lid tightly and store in a cool, dry place. Do not flush wipes.

**Guaranteed Satisfaction**
If you're not satisfied for any reason, send us your retail receipt for a full refund.

**earthbath®**
P.O. Box 411050, San Francisco, CA 94141
www.earthbath.com • info@earthbath.com
415.355.1166

Rev 2018-06



made in USA

6 02644 02302 1

Precautions: Avoid eye contact. Flush thoroughly with water if eye contact occurs.



**earthbath®** natural pet care

**CAT WIPES**
Green Tea & Awapuhi

Cleans & Conditions
EXTRA-LARGE 8x7in. (20x18cm) MOIST TOWELS • ALCOHOL & LANOLIN FREE

**100**
extra-thick
soft & moist
pet wipes



**earthbath®** natural pet care

**CAT
WIPES**

Green Tea & Awapuhi

FLEA TREATMENT COMPATIBLE

Cleans & Conditions
FOR CATS & KITTENS
100 EXTRA-THICK, SOFT & MOIST WIPES
8x7 in. (20 x 18 cm)

---

**earthbath®** natural pet care

**A Natural Approach**
earthbath® Green Tea & Awapuhi Grooming Wipes safely and easily wipe away dirt and odor between baths. Handily clean cats' dirty paws and undercoat. Remove dander, drool, discharge and cling-ons from playing in the unknown. Mild cleansers freshen and deodorize, as the antioxidant properties of green tea leaf extract help protect from environmental damage. Hawaiian awapuhi conditions coat and imparts a healthy shine while aloe vera and vitamin E moisturize coat and skin. Safe for all animals over 6 weeks old.

• Wipes Away Dirt & Dander
• Conditions & Shines Coat • Helps Neutralize Odors
• Sulfate & Paraben Free • Safe for Daily Use

_Better Baths Since 1995™_

**Ingredients**
Purified water, aloe vera, hawaiian awapuhi extract, ginseng extract, glycerin, vitamin E, green tea leaf extract, preservative.

**Instructions for Use**
Open lid and remove wipe. Wipe entire pet thoroughly and finish with a hug. Close lid tightly and store in a cool, dry place. Do not flush wipes.

**Guaranteed Satisfaction**
If you're not satisfied for any reason, send us your retail receipt for a full refund.

Rev 2018-06

**earthbath®**
P.O. Box 411050, San Francisco, CA 94141
www.earthbath.com • info@earthbath.com
415.355.1166

 Made in USA  

Precaution: Avoid eye contact. Flush thoroughly with water if eye contact occurs.



**earthbath**®
natural pet care

**Hypo-Allergenic**
**CAT WIPES**
Fragrance Free

**For Sensitive Skin/Allergy**
EXTRA-LARGE 8x7in. (20x18cm) MOIST TOWELS • ALCOHOL & LANOLIN FREE

**100**
extra-thick
soft & moist
**pet wipes**



**earthbath**®
natural pet care

**Hypo-Allergenic**
**CAT**
**WIPES**
Fragrance Free

FLEA TREATMENT COMPATIBLE

**For Sensitive Skin/Allergy**
FOR CATS & KITTENS
100 EXTRA-THICK, SOFT & MOIST WIPES
8x7 in. (20 x 18 cm)

---

**earthbath**® natural pet care

**A Natural Approach**
earthbath® Hypo-Allergenic Cat Wipes safely and easily wipe away dander, dirt and residual saliva from your finely furred friend's coat. Dander & saliva build-up are the leading causes of human/cat allergies, and use of these wipes can help resolve this issue in short order, while leaving your cat or kitten softer, shinier & smelling better than ever before. Mild cleansers deodorize, freshen & clean as the exotic Hawaiian awapuhi conditions the coat and imparts a healthy shine. Aloe vera and vitamin E moisturize both coat and skin. Safe for all animals over 6 weeks old.

• Wipes Away Dirt & Dander
• Conditions & Shines Coat • Helps Neutralize Odors
• Sulfate & Paraben Free • Safe for Daily Use

**Better Baths Since 1995™**

**Ingredients**
Purified water, aloe vera, hawaiian awapuhi extract, ginseng extract, glycerin, vitamin E, preservative.

**Instructions for Use**
Open lid and remove wipe. Wipe entire pet thoroughly and finish with a hug. Close lid tightly and store in a cool, dry place. Do not flush wipes.

**Guaranteed Satisfaction**
If you're not satisfied for any reason, send us your retail receipt for a full refund.

**earthbath**®
P.O. Box 411050, San Francisco, CA 94141
www.earthbath.com • info@earthbath.com
415.355.1166

Rev 2018-06

 

02644 02308

**Precaution:** Avoid eye contact. Flush thoroughly with water if eye contact occurs.



**earthbath**
natural pet care

# GROOMING WIPES
### Green Tea & Awapuhi

**100** extra-thick soft & moist pet wipes

Cleans & Conditions
EXTRA-LARGE 8x7 in. (20x18cm) MOIST TOWELS • ALCOHOL & LANOLIN FREE



**earthbath**
natural pet care

# GROOMING WIPES
### Green Tea & Awapuhi

FLEA TREATMENT COMPATIBLE

Cleans & Conditions
FOR DOGS, CATS, PUPPIES & KITTENS
100 EXTRA-THICK, SOFT & MOIST WIPES
8x7 in. (20 x 18 cm)

---

**earthbath** natural pet care

**A Natural Approach**
earthbath® Green Tea & Awapuhi Grooming Wipes safely and easily wipe away direct and odor between baths. Handily clean pets' dirty paws and undercoat. Remove dander, drool, discharge and cling-ons from playing in the unknown. Mild cleansers deodorize, freshen and clean as the exotic Hawaiian awapuhi conditions the coat and imparts a healthy shine. Aloe vera and vitamin E moisturize both coat and skin. Safe for all animals over 6 weeks old.

• Wipes Away Dirt & Dander
• Conditions & Shines Coat • Helps Neutralize Odors
• Sulfate & Paraben Free • Safe for Daily Use

Better Baths Since 1995™

**Ingredients**
Purified water, aloe vera, hawaiian awapuhi extract, ginseng extract, glycerin, vitamin E, green tea leaf extract, preservative.

**Instructions for Use**
Open lid and remove wipe. Wipe entire pet thoroughly and finish with a hug. Close lid tightly and store in a cool, dry place. Do not flush wipes.

**Guaranteed Satisfaction**
If you're not satisfied for any reason, send us your retail receipt for a full refund.

**earthbath**
P.O. Box 411050, San Francisco, CA 94141
www.earthbath.com • info@earthbath.com
415.355.1166




Rev 2018-08
made in USA
8 02644 02301 8

Precautions: Avoid eye contact. Flush thoroughly with water if eye contact occurs.

**A Natural Approach**
earthbath® 3-in-1 Deodorizing Spritz naturally deodorizes, conditions and detangles coats with the sumptuous botanical fragrance of mangoes. Colloidal oatmeal, organic aloe vera, and vitamin E remoisturize skin and coat and impart a healthy shine, while gentle detanglers help keep coat soft and tangle free. Use between baths to freshen, condition and detangle, or as a finishing spray after bathing your dog with earthbath 2-in-1 Conditioning Shampoo. Safe for dogs over 6 weeks old. Not for use on cats.

**About earthbath®**
We design all of earthbath's pet products with the health of your beloved, furry friend in mind. We believe the ingredients that touch your pet's coat and skin should be as naturally effective, non-toxic, and gentle as possible. That's why our formulas are developed and blended in the USA with ingredients such as renewable plant-derived and coconut-based cleansers, organic aloe vera, and botanical fragrances found in nature. We strive to make products that are better for your pet and the planet.

**Ingredients**
Purified water, renewable plant & coconut-derived conditioner & detangler, colloidal oatmeal, vitamin E, organic aloe vera, glycerin, botanical fragrance of mango, citric acid, preservative.

**Non-ingredients**
What goes into our products is just as important as what doesn't. This product contains no soap, gluten, DEA, parabens, synthetic dyes, sulfates, or phthalates, and is animal cruelty free, for a better bath every time.

**Precautions**
Not for use on cats (they'll lick it off rendering it useless). Thoroughly flush eyes with clean water if contact occurs. Keep out of reach of children. If swallowed, consult a physician.



earthbath®
natural pet care

**3-in-1 Deodorizing SPRITZ**

Mango Tango®
with Skin & Coat Conditioners

Deodorizes,
Conditions & Detangles

FOR DOGS & PUPPIES

8 fl. oz. (237 ml)

**Instructions for Use**
Shake well and spray on dry or wet coat until covered with light mist. Keep the sprayer about 4 to 6 inches away from your pet. Massage deeply into coat & skin, then brush thoroughly from head to tail.

**Guaranteed Satisfaction**
Top groomers and veterinary hospitals know and trust the earthbath® line of products because they use them. If you're not completely satisfied with your retail purchase, for any reason, we'll refund your money. Simply send the unused portion along with purchase receipt and a quick note telling us why (please), and we'll send you a refund right away. If you like earthbath, please tell your friends (and us). From all of us at earthbath, thank you for your purchase and continued support.

---

**Better Baths Since 1995™**

Shake Well Before Use
Recycle This Bottle



made in USA



Recyclable Bottle

HDPE



earthbath®
P.O. Box 411050
San Francisco, CA 94141
telephone: 415.355.1166
fax: 415.551.9962
e-mail: info@earthbath.com
www.earthbath.com

REV 201711



0 26446 40220 4