**REESE LLP**
Michael R. Reese
George V. Granade
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500
Facsimile: (212) 253-4272
*mreese@reesellp.com*
*ggranade@reesellp.com*

**THE SULTZER LAW GROUP P.C**
Jason P. Sultzer
Joseph Lipari
Adam Gonnelli
Jeremy Francis
85 Civic Center Plaza, Suite 200
Poughkeepsie, New York 12601
Telephone: (845) 483-7100
Facsimile: (888) 749-7747
*sultzerj@thesultzerlawgroup.com*
*liparij@thesultzerlawgroup.com*
*gonnellia@thesultzerlawgroup.com*
*francisj@thesultzerlawgroup.com*

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 03 2019 ★
BROOKLYN OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Ricardo Jurado, individually on behalf of himself and all others similarly situated, | x<br>:<br>:<br>: Case No. 2:18-cv-05619 |
| Plaintiff,<br>v. | :<br>: **NOTICE OF VOLUNTARY**<br>: **DISMISSAL PURSUANT TO**<br>: **FEDERAL CIVIL**<br>Earthbath, Inc., : **PROCEDURE RULE 41**<br>Defendant. |
| | x |

Plaintiff Ricardo Jurado hereby provides notice that pursuant to Federal Civil Procedure Rule 41(a)(1)(A)(i), he hereby voluntarily dismisses his above-captioned action.

Dated: June 11, 2019                                     Respectfully submitted,

                                        **REESE LLP**

                                        /s/ *Michael R. Reese*
                                        Michael R. Reese
                                        George V. Granade
                                        100 West 93rd Street, 16th Floor
                                        New York, New York 10025
                                        Telephone: (212) 643-0500
                                        Facsimile: (212) 253-4272
                                        *mreese@reesellp.com*
                                        *ggranade@reesellp.com*

                                        *Counsel for Plaintiff*

So Ordered.
/s/ Nina Gershon
USDJ
6-27-19